# COMPOSITE EXHIBIT B

We are able to find out much more about local journalist Hassan Isleih, AP's source to back up Hamas' claim that Ahmed Abu Abed died after he was fatally wounded from Israeli fire at border clashes Friday.

According to Electronic Intifada, Hassan Isleih is a "a camera operator with Quds TV," which is Hamas affiliated.

Moreover, upon reviewing his social media accounts, CAMERA Arabic has found that Hassan Isleih openly identifies with Hamas' political platform and is a rabid anti Semite who praises terrorists and expresses joy over the murder of innocent and unarmed Israelis (they're all settlers, according to Isleih, regardless of which side of the Green Line they lived).

On Twitter, Isleih praised the perpetrators of the Har Nof massacre, in which five civilians at prayer in a synagogue and a police officer were murdered in November 2015:

"The mosques of Gaza announce the "Allahu Akbar" as they bless our people and our Ummah [the Arab Nation/ the community of Muslim believers] with the exquisite act of martyrdom in Jerusalem, there are areas in Gaza and Rafah that distribute candy out of joy due to the event"

**حسن اصليح Hassan** | @0598196013 · 17 בנוב׳ 2014
مساجد غزة تصدح بالتكبير، وتبارك لشعبنا وأمتنا **العملية** الاستشهادية النوعية في القدس،
ومناطق في رفح و غزة توزع الحلوى فرحاً بالعملية.

He expressed joy and contentment about the murder of civilians Nehemia Bennett and Aharon Lavie, stabbed to death in Jerusalem's Old City, October 2015:

"Wailing and crying during the ceremonies of burial of the Zionists killed in the stabbing attack that was performed yesterday by the martyr and hero Mohannad Al Halaby #A_Sight_of_Contentment [Literally: #A_Sight_that_Relieves_the_Hearts] – In response to the funerals of civilians Nehemia Bennett and Aharon Lavie

**حسن اصليح Hassan** | @0598196013 · 4 באוק׳ 2015
بكاء وعويل خلال مراسم دفن الصهاينة قتلى **عملية** الطعن التي نفذها بالأمس الشهيد
البطل مهند الحلبي

#منظر_يشفي_الصدور

Isleih complains about the number of Jews following him on social media, stating in October 2016: "I have plenty of comments by Jews in my facebook page now, on the pictures and the live broadcast of the bombing, the page is getting many notifications, God help us."

**حسن اصليح Hassan** | @0598196013 · 5 באוק׳ 2016
تعليق **اليهود** عندي على الفيس بشكل كثير الان على صور والبث المباشر للقصف
الصفحة تتعرض للبلاغات بشكل كبير الآن الله يستر

He yearns for the days when Jews were forced to pay Muslims a tax, tweeting in March 2017:

#May_the_Call_for_Prayer_Rise When we were powerful the Jews used to pay us the per capita due tax, willingly or unwillingly! [CAMERA Arabic adds: this is a direct quote for the Qur'an, and therefore it suggests that in Isleih's eyes, this is the proper order of things], But now in case we call 'Allahu Akbar' it is us who would pay them tax unwillingly"

**حسن اصليح Hassan** | @0598196013 · 10 במרץ 2017
#ليعلو_الاذان  عندما كنا عظماء كان **اليهود** يعطون الجزية لنا عن يد وهم صاغرون!
أما الآن فإذا صدحنا ب (الله أكبر) دفعنا لهم جزية ونحن صاغرون

Isleih denies Jewish history, tweeting in May 2018: "The alleged [emphasis added; CAMERA Arabic notes: in Arabic it is a regular addition to the word "temple" to imply it never really existed] 'Temple Organizations', so called, are calling their supporters to participate, in unprecedented numbers, in a storming into the blessed Al Aqsa mosque to commemorate the so-called 'Anniversary of the Unification of Jerusalem' (the Naksa)"

**حسن اصليح Hassan** | @0598196013 · 8 במאי
ما تسمى "منظمات **الهيكل**" المزعوم تدعو أنصارها للمشاركة باقتحام واسع وبرقم قياسي
للمسجد الأقصى المبارك يوم الأحد المقبل تزامنًا مع ما يسمى "ذكرى توحيد القدس"
(النكسة)

He likewise refuses to recognize the present day Jewish state, referring to Israel with scare quotes (see, for example, a November 2018 tweet):

"The General Assembly of the United Nations adopts in large majority eight resolutions against 'Israel' [sic]"



حسن اصليح Hassan | @0598196013 · 17 בנוב׳

الجمعية العامة للأمم المتحدة تتبنى بأغلبية كبيرة ثمانية قرارات ضد "**إسرائيل**"، منها سبعة لصالح فلسطين وتؤكد حقوق شعبها، في حين تعلق القرار الثامن بضرورة انسحاب "**إسرائيل**" من هضبة الجولان التي احتلتها عام 1967.

This month, he tweeted a call to violence, writing: "Make your sling out of your olive trees/ defend your land/ Grow angry on behalf of your Aqsa and honor/ throw stones at your enemy, don't be afraid/ your people is steadfast next to your roots/ morning of Jerusalem", December 2018



حسن اصليح Hassan | @0598196013 · 19 שעות

اصنع مقلاعك من شجر زيتونك
دافع عن أرضك
واغضب لأقصاك و عرضك
ارجم عدوك لا تخف
شعبك صامد بجذورك
صباح القدس