# EXHIBIT F

# 'They're Shooting at Our House. Where Is the Army?' | Eyewitnesses Recount Horrors Following Gazan Infiltration to Southern Israel

Israeli residents in Gaza border community barricaded themselves into safe rooms on Saturday morning as Hamas militants stormed the kibbutzim. 'How long does it take the army to get here?' is the common refrain

Save     Zen Read



Palestinian militants from the Gaza Strip run by the gate of Kibbutz Kfar Azza on Saturday.   Credit: Hassan Eslaiah/AP