# EXHIBIT H



A house is on fire in Kibbutz Kfar Aza during an attack by Palestinian terrorists from the Gaza Strip on Oct. 7, 2023 (AP Photo/Hassan Eslaiah)