# EXHIBIT I

7 of 20



Palestinian militants drive back to the Gaza Strip with the body of an Israeli soldier on Saturday, Oct. 7, 2023. The militant Hamas rulers of the Gaza Strip carried out an unprecedented, multi-front attack on Israel at daybreak Saturday, firing thousands of rockets as dozens of Hamas fighters infiltrated the heavily fortified border in several locations by air, land, and sea and catching the country off-guard on a major holiday. (AP Photo/Ali Mahmud)

HM