# EXHIBIT J



Palestinians transport a captured Israeli civilian, center, from Kibbutz Kfar Azza into the Gaza Strip on Saturday, Oct. 7, 2023. The militant Hamas rulers of the Gaza Strip carried out an unprecedented, multi-front attack on Israel at daybreak Saturday, firing thousands of rockets as dozens of Hamas fighters infiltrated the heavily fortified border in several locations by air, land, and sea and catching the country off-guard on a major holiday. (AP Photo/Hatem Ali)

AH