AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, and YONI DILLER<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE ASSOCIATED PRESS<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-20684-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE ASSOCIATED PRESS
c/o Registered Agent,
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Etan Mark, Esq.
Mark Migdal & Hayden
80 SW 8 Street, Suite 1999
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 27, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts