# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:24-CV-20684-KMM

Plaintiff:
**NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI,
and YONI DILLER**

vs.

Defendant:
**THE ASSOCIATED PRESS**

For:
Etan Mark
Mark Migdal & Hayden
80 Sw 8 Street
Suite 1999
Miami, FL 33130

Received by DLE Process Servers on the 27th day of February, 2024 at 1:51 pm to be served on **THE ASSOCIATED PRESS c/o Registered Agent: c/o Registered Agent, 1201 Hays Street, Tallahassee, FL 32301**.

I, Kathleen Conway, #273, do hereby affirm that on the **28th day of February, 2024** at **10:05 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons, Complaint and Exhibits.** with the date and hour of service endorsed thereon by me, to: **Sebrena Randolph**,**S.O.P. Clerk** as authorized employee of Registered Agent for **THE ASSOCIATED PRESS c/o Registered Agent: c/o Registered Agent,** at the address of: **1201 Hays Street, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. 48.091 (1) (2)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).

**Kathleen Conway, #273**
#273

**DLE Process Servers
936 SW 1st Avenue, #261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2024013711
Ref: CM#1297

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m



| DELIVERED | 02/28/2024 10:05 AM |
|---|---|
| SERVER | KAC |
| LICENSE | #273 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI,
and YONI DILLER

*Plaintiff(s)*

v.

THE ASSOCIATED PRESS

*Defendant(s)*

Civil Action No. 1:24-cv-20684-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE ASSOCIATED PRESS
c/o Registered Agent,
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Etan Mark, Esq.
Mark Migdal & Hayden
80 SW 8 Street, Suite 1999
Miami, Florida 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 27, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts