UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.
_____/

### [PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

**THIS CAUSE** comes before the Court upon Defendant's Consent Motion to Exceed Page Limit for Its Memorandum of Law in Support of Defendant's Motion to Dismiss. This Court having considered the Motion, and good cause having been shown, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Defendant may file a Memorandum of Law in Support of Its Motion to Dismiss of up to 25 pages, not including title pages preceding the first page of text, tables of contents, tables of citations, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of April, 2024.

_____
K. Michael Moore
United States District Judge

Copies furnished to all counsel of record via CM/ECF