IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

**DEFENDANT'S CONSENT MOTION TO EXCEED PAGE LIMIT
FOR ITS MEMORANDUM OF LAW IN SUPPORT OF
<u>DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT</u>**

Defendant The Associated Press ("The AP"), by through its undersigned counsel and with consent of Plaintiffs, hereby moves this Court pursuant to Local Rule 7.1(c)(2) to exceed the 20-page limit for its Memorandum of Law in Support of Defendant's Motion to Dismiss by 7 pages, for a total of 27 pages. In support of this Consent Motion, Defendant states as follows:

    1.    The AP filed a Motion to Dismiss the original Complaint on April 22, 2024. ECF No. 29.

    2.    Rather than respond to The AP's Motion to Dismiss, Plaintiffs filed an Amended Complaint on May 13, 2014. ECF No. 40.

    3.    Pursuant to Federal Rule of Civil Procedure 15(a)(3), The AP's deadline to answer or otherwise respond to the Amended Complaint is May 28, 2024.

    4.    The AP intends to file a Motion to Dismiss the Amended Complaint in its entirety.

    5.    The Amended Complaint asserts six claims against The AP, including four claims

under the Federal Anti-Terrorism Act, one claim under Florida's Anti-Terrorism Act, and one claim for negligent infliction of emotional distress.

6. The Amended Complaint contains sixteen more paragraphs than the original Complaint and substantially amends other paragraphs.

7. Due to the additional allegations in the Amended Complaint, the number of causes of action at issue, and the multifarious statutory, common law, and constitutional issues that The AP intends to raise in its renewed Motion to Dismiss, The AP respectfully requests that the Court permit it to exceed the 20-page limit for its Memorandum of Law by 7 pages, for a total of 27 pages not including the items excluded in Local Rule 7.1(c)(2).

8. Plaintiffs, through their counsel, consent to the relief requested herein.

WHEREFORE, Defendant, with the consent of Plaintiffs, requests that the Court enter an order granting The AP permission to exceed the 20-page limit imposed by Local Rule 7.1(c)(2) by 7 pages.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Counsel for The AP certify that they have conferred with counsel for Plaintiffs and in good-faith resolved the issues in this Consent Motion. Plaintiffs do not object to the relief requested herein.

Date: May 24, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　　　　　　By: __/s/ Charles D. Tobin__
　　　　　　　　　　　　　　　　　　　　　　　Charles D. Tobin (Fla. Bar No. 816345)
　　　　　　　　　　　　　　　　　　　　　　　1909 K Street, NW, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 661-2200
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 661-2299

tobinc@ballardspahr.com

R. Stephen Stigall (*pro hac vice*)
Elizabeth Seidlin-Bernstein (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Fax: (215) 864-8999
stigalls@ballardspahr.com
seidline@ballardspahr.com

*Attorneys for Defendant The Associated Press*