IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, and YONI DILLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ASSOCIATES PRESS,<br><br>Defendant. | Case No.: 1:24-cv-20684-KMM |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before Magistrate Judge Marty Fulgueira Elfenbein on July 17, 2024 at 5:00 p.m. in person in Courtroom 5 of the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, Florida 33128 to resolve Plaintiff Noach Newman's Discovery Dispute.

The parties dispute the following:[1]

---

[1] On July 9, 2024 at 4:58 p.m., AP served Second Amended Responses and Objections. Because today is the deadline for Plaintiff to file this Notice of Hearing pursuant to the Order Setting Discovery Procedures (D.E. 27), Plaintiff has not had time to review the Second Amended Responses and Objections. Pursuant to the Order Setting Discovery Procedures (D.E. 27), Plaintiff will notify chambers as soon as practicable via email if any specific discovery issues have been resolved by AP's Second Amended Responses and Objections.

1. The deadline for the completion of Defendant The Associated Press' ("AP") production of documents responsive to Plaintiff Noach Newman's ("Plaintiff") First Request for Production and for service of a privilege log;

2. AP's overbreadth, burdensomeness, and proportionality objections with regard to producing documents and communications created after February 21, 2024 in response to request numbers 1 through 18, 27 through 30, and 35.

3. The deadline for service of AP's Second Amended Responses to Plaintiff's First Request for Production;

4. AP's specification of the type of privilege asserted in response to request numbers 1 through 12, 14 through 30, and 37 and whether AP is withholding documents based on the privilege;

5. AP's formulaic objections followed by an answer in response to request numbers 1 through 12, 14 through 18, 23 through 25, 27 through 30, and 35 through 36 and whether AP must identify what categories of documents it is withholding based on objections in response to the requests.

6. Selection of custodians for AP's document search;

7. Request No. 1 – The scope of the subject of the photographs responsive to the request;

8. Request Nos. 2, 15 through 18 – The scope of the types of documents and communications responsive to the request;

9. Request No. 3 – AP's overbreadth, burdensomeness, and proportionality objections asserted without any explanation to support these objections and the timeframe for this request;

2

10. Request No. 13 – The scope of topics and people/entities which would be responsive to the request and AP's overbreadth, burdensomeness, and proportionality objections;

11. Request Nos. 24 through 25 – AP's overbreadth, burdensomeness, and proportionality objections asserted without any explanation to support these objections and the narrowed scope of the types of documents and communications responsive to these requests;

12. Request No. 26 – The scope of topics and people/entities which would be responsive to the request;

13. Request No. 35 – AP's overbreadth, burdensomeness, and proportionality objections that the documents are equally available to Plaintiff from AP's online database, the objections asserted without any explanation to support these objections, and the relevance of the request;

14. Request No. 36 – AP's overbreadth, burdensomeness, and proportionality objections that the documents are equally available to Plaintiff from AP's online database, the objections asserted without any explanation to support these objections, and the scope of the types of documents and communications responsive to the request;

15. Request Nos. 38 through 41 – The narrowed scope of the requests, AP's relevancy, overbreadth, burdensomeness, and proportionality objections, and the relevancy of the requests;

16. Whether AP must state in its Second Amended Responses whether no responsive documents or communications exist in response to specific requests;

17. The scope of a confidentiality order to be entered in the case; and

18. Production of document bates-stamped AP_0000038-39 in readable form.

Plaintiff attaches Exhibits A through D to this Notice of Filing as ordered in the Order Setting Discovery Procedures (D.E. 27).

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel certifies that she conferred with counsel for AP about each request and each objection via remote video conference on June 18, 2024 and by letters dated June 19, 2024 and July 3, 2024 in a good faith effort to resolve the issues raised in this discovery dispute but the parties have been unable to resolve the issues listed in this notice. The parties were able to resolve the following issues: the definition of photographers AP refers to in its responses, AP's objections to request nos. 19 through 22, AP's objection to producing documents in effect as of a certain date in request nos. 23 through 25, the non-existence of documents responsive to request no. 37.

*s/ Maia Aron*
Maia Aron, Esq.

Dated: July 9, 2024                                   Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: (305) 374-0440

By: *s/ Maia Aron*
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Maia Aron, Esq.
Florida Bar No. 17188
maia@markmigdal.com
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
annie@markmigdal.com
eservice@markmigdal.com

*- and -*

**LAW OFFICE OF DAVID I. SCHOEN**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (334) 395-6611
E-Fax: (917) 591-7586

*/s/ David I. Schoen*
David I. Schoen, Esq.
schoenlawfirm@gmail.com
*Pro Hac Vice*

- and –

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice*

- and -

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

- and -

**LSN Partners LLC**
3800 NE 1st Ave
Miami, FL 33137
Telephone: (305) 673-2585

*/s/ Gabriel Groisman*
Gabriel Groisman
Florida Bar No. 25644
ggroisman@lsnlaw.com

Attorneys for Plaintiffs

5

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on July 9, 2024 which served same electronically upon all counsel of record.

*s/ Maia Aron*
