UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4), Defendant The Associated Press respectfully files this Notice of Ninety Days Expiring and states:

1. Defendant's Motion to Stay Discovery Pending Adjudication of Its Motion to Dismiss (ECF No. 31) was served and filed on April 25, 2024.

2. Plaintiffs' Opposition to Defendant's Motion to Stay Pending Adjudication of Its Motion to Dismiss (ECF No. 41) was served and filed on May 13, 2024.

3. Defendant's Reply in Further Support of Defendant's Motion to Stay Discovery Pending Adjudication of Its Motion to Dismiss (ECF No. 45) was served and filed on May 16, 2024.

4. More than ninety days have passed since the Motion was fully briefed without hearing or disposition. Ninety days from the Reply expired on August 14, 2024.

5. Defendant's Motion to Dismiss Amended Complaint (ECF No. 48) is also fully briefed and remains pending.

Date: August 19, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Charles D. Tobin*
    Charles D. Tobin (Fla. Bar No. 816345)
    1909 K Street, NW, 12th Floor
    Washington, DC 20006
    Telephone: (202) 661-2200
    Fax: (202) 661-2299
    tobinc@ballardspahr.com

    R. Stephen Stigall (*pro hac vice*)
    Elizabeth Seidlin-Bernstein (*pro hac vice*)
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Telephone: (215) 665-8500
    Fax: (215) 864-8999
    stigalls@ballardspahr.com
    seidline@ballardspahr.com

*Attorneys for Defendant The Associated Press*