# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, and YONI DILLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>Defendant. | Case No.: 1:24-cv-20684-KMM |

## [PROPOSED] ORDER ON DISCOVERY DISPUTE

THIS CAUSE came before the Court pursuant to this Court's Order Setting Discovery Procedures [D.E. 27] upon Plaintiffs' request for resolution of a discovery dispute relating to Plaintiffs' request that Defendant The Associated Press ("AP") search the custodian of AP President and Chief Executive Officer Daisy Veerasingham and AP's objection. The Court having considered the Notice of Hearing outlining the discovery matter, reviewed the supporting documents, and having heard argument of counsel, it is hereby **ORDERED and ADJUDGED** that:

1. AP shall include Daisy Veerasingham as a custodian and shall search Daisy Veerasingham's documents and communications for documents responsive to Plaintiff's First Request for Production.

2. AP's objections based on undue burden and proportionality are overruled.

DONE and ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2024.

_____
MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record