# Exhibit A

**(Proposed Order – N/A)**