# Exhibit B

**(Relevant Excerpts of Meet and Confer Correspondence –
Previously Provided by Plaintiffs' Counsel)**