# Exhibit C

**(Additional Document on Which Defendant Intends to Rely at the Hearing)**



200 Liberty St.
New York, NY 10281
T 212.621.1500, F 212.621.1000
ap.org

David I. Schoen
The Law Office of David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, Alabama
36106

National Jewish Advocacy Center
1718 General George Patton Drive
Brentwood, TN 37027

Jan. 24, 2024

Dear Mr. Schoen:

I am writing in response to your Jan. 17 letter containing unfounded allegations against The Associated Press related to its coverage of the Oct. 7 Hamas attacks on Israel.

As you note in your letter, we have stated many times that The Associated Press had no knowledge of the Oct. 7 attacks before they happened. Any suggestion otherwise is baseless, and in fact dangerous for our staff who operate around the world covering important news events.

These allegations were first raised by the group Honest Reporting on Nov. 8, who by their own admission the next day said they had no evidence to support their claims – that they were only asking questions.

I want to explain the role of global news organizations like The Associated Press. Our job is to gather information on breaking news events around the world, wherever they happen -- even when those events are horrific and cause mass casualties – in order to inform the public. Without AP and other news organizations covering the Oct. 7 attacks, the world would not have known what was happening.

Importantly, the journalists you reference in your letter are freelance journalists, who are not employed by news organizations. They take their own photographs and sell them to interested news organizations. None of the freelancers who contributed to AP's coverage of Oct. 7 are or have been AP employees, and we are unaware of

**THE ASSOCIATED PRESS**
Advancing the Power of Facts

any written evidence or advance warning, as you claim in your letter, or any communications they may have had with Hamas.

We have the deepest sympathy for what the victims of the Oct. 7 attacks and their families have suffered, and we continue to aggressively cover their plight today. Here are some recent AP stories:

[A freed Israeli hostage relives horrors of captivity and fears for her husband, still held in Gaza](#)

[As the youngest Israeli hostage turns 1, his family pleads for a deal to release more from Gaza](#)

[Families of hostages held in Gaza for 100 days hold 24-hour rally, beg government to bring them home](#)

Doing this journalism is our job. We stand by the reporting we've done, both on and since Oct. 7.

Best regards,

*Daisy Veerasingham*

Daisy Veerasingham
President and CEO
The Associated Press