IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, and YONI DILLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>Defendant. | Case No.: 1:24-cv-20684-KMM |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**
**PURSUANT TO COURT ORDER [ECF NO. 70]**

Plaintiffs Noach Newman, Adin Gess, Maya Parizer, Natalie Sanandaji, and Yoni Diller ("Plaintiffs"), by and through undersigned counsel and pursuant to Local Rule 5.4(b)(1) and this Court's Paperless Minute Entry following the hearing on Plaintiff's Motion to Compel [ECF No. 70], files this Motion for Leave to File under Seal the documents relied on at the hearing. In support thereof, Plaintiffs state as follows:

1. On August 21, 2024, this Court entered a Protective Order, granting the parties the right to produce documents in discovery as "Confidential." [ECF No. 66].

2. On September 3, 2024, Defendant The Associated Press ("AP") produced hundreds of pages of documents marked "Confidential."

3. At the September 6, 2024 hearing on Plaintiffs' Motion to Compel, Plaintiffs relied on five (5) of these documents designated "Confidential." These documents are: AP_0000590-591, AP_0000676, AP_0001456-1457, AP_0001473, and AP_0001528-1536.

4. The five documents are all emails that either include or reference AP's President and CEO, Daisy Veerasingham.

5. Therefore, at the hearing and following the hearing, this Court ordered that Plaintiffs file the instant Motion to File Under Seal the above-mentioned documents. *See* Paperless Minute Entry at ECF No. 70 (providing that "Plaintiffs shall file a motion to file the documents discussed during the hearing and designated as 'confidential' under seal by Tuesday, September 10, 2024").

6. Plaintiffs propose that the documents remain under seal until AP as the designating party "agrees otherwise in writing or a court order otherwise directs" [ECF No. 66].

WHEREFORE, Plaintiffs Noach Newman, Adin Gess, Maya Parizer, Natalie Sanandaji, and Yoni Diller respectfully request that the Court grant Plaintiffs' Motion for Leave to File under Seal, granting Plaintiffs leave to file the five confidential documents relied upon at the September 6, 2024 hearing under seal, and granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel certifies that she conferred with counsel for AP about the aforementioned request via email on September 9, 2024 in a good faith effort to resolve the issue raised in this Motion and counsel for AP advised that they do not object to the relief sought herein.

Dated: September 9, 2024

Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: (305) 374-0440

By: *s/ Maia Aron*
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Maia Aron, Esq.
Florida Bar No. 17188
maia@markmigdal.com
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
annie@markmigdal.com
eservice@markmigdal.com

*- and -*

**LAW OFFICE OF DAVID I. SCHOEN**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (334) 395-6611
E-Fax: (917) 591-7586

*/s/ David I. Schoen*
David I. Schoen, Esq.
schoenlawfirm@gmail.com
*Pro Hac Vice*

*- and –*

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice*

*- and -*

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

*- and -*

**LSN Law, PA**
3800 NE 1st Ave
Miami, FL 33137
Telephone: (305) 742-2810

*/s/ Gabriel Groisman*
Gabriel Groisman
Florida Bar No. 25644
ggroisman@lsnlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket September 9, 2024, which served same electronically upon all counsel of record.

*s/ Maia Aron*
Maia Aron, Esq.