# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

Case No.: 1:24-cv-20684-KMM

## PLAINTIFFS' NOTICE OF FILING DOCUMENTS RELIED ON AT SEPTEMBER 6, 2024 MOTION TO COMPEL HEARING

Plaintiffs Noach Newman, Adin Gess, Maya Parizer, Natalie Sanandaji, and Yoni Diller ("Plaintiffs"), by and through undersigned counsel, file this Notice of Filing Documents Relied on at the September 6, 2024 Motion to Compel Hearing. At the hearing and in the Court's Paperless Minute Entry following the hearing on Plaintiff's Motion to Compel [ECF No. 70], the Court ordered Plaintiffs to "file a motion to file the documents discussed during the hearing and designated as 'confidential' under seal by Tuesday, September 10, 2024." . However, two (2) of the seven (7) documents relied on at the hearing were not designated "Confidential" by Defendant The Associated Press, and are therefore being filed for the Court outside of the Motion for Leave to File Under Seal [ECF No. 73]. These documents are bates stamped: AP_0000560 and AP_0001458-1459.

|  |  |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: (305) 374-0440

By: *s/ Maia Aron*
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Maia Aron, Esq.
Florida Bar No. 17188
maia@markmigdal.com
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
annie@markmigdal.com
eservice@markmigdal.com

*- and -*

**LAW OFFICE OF DAVID I. SCHOEN**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (334) 395-6611
E-Fax: (917) 591-7586

*/s/ David I. Schoen*
David I. Schoen, Esq.
schoenlawfirm@gmail.com
*Pro Hac Vice*

*- and –*

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice*

*- and -*

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

*- and -*

**LSN Law, PA**
3800 NE 1st Ave
Miami, FL 33137
Telephone: (305) 742-2810

*/s/ Gabriel Groisman*
Gabriel Groisman
Florida Bar No. 25644
ggroisman@lsnlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket September 9, 2024, which served same electronically upon all counsel of record.

*s/ Maia Aron*
Maia Aron, Esq.