| | |
|---|---|
| **From:** | Veerasingham, Daisy <DVeerasingham@ap.org> |
| **Sent:** | Thursday, November 9, 2023 12:30 AM |
| **To:** | Easton, Lauren <LEaston@ap.org> |
| **Cc:** | Bruce, Jessica <jbruce@ap.org> |
| **Subject:** | Re: statement |

Ok yes Jessica just gave me some context . Thank you .

On 8 Nov 2023, at 18:59, Easton, Lauren <LEaston@ap.org> wrote:

Hi Daisy, thank you.

The questions we are getting are all about whether we/the photographers knew about the attacks beforehand.

Lauren

**From:** Veerasingham, Daisy <DVeerasingham@ap.org>
**Sent:** Wednesday, November 8, 2023 6:58 PM
**To:** Easton, Lauren <LEaston@ap.org>
**Cc:** Bruce, Jessica <jbruce@ap.org>
**Subject:** Re: statement

Sorry sent to quickly , why are we using the second paragraph?

On 8 Nov 2023, at 18:35, Easton, Lauren <LEaston@ap.org> wrote:

Daisy,

Here is the statement we are using to respond to inquiries:

AP uses images taken by freelancers around the world, including in Gaza. Hassan Eslaiah has been an occasional freelancer for AP and other news organizations.

The Associated Press had no knowledge of the Oct. 7 attacks before they happened.

The role of the AP is to gather information on breaking news events around the world, wherever they happen, even when those events are horrific and cause mass casualties.

##

Lauren

**Lauren Easton**
VP, Corporate Communications
The Associated Press
212.621.7005
leaston@ap.org