| | |
|---|---|
| **From:** | Solly, Clare &lt;CSolly@ap.org&gt; |
| **Sent:** | Friday, November 10, 2023 8:28 PM |
| **To:** | Bruce, Jessica &lt;jbruce@ap.org&gt;; Pace, Julie &lt;JPace@ap.org&gt;; Easton, Lauren &lt;LEaston@ap.org&gt; |
| **Cc:** | Veerasingham, Daisy &lt;DVeerasingham@ap.org&gt; |
| **Subject:** | Senator Cotton letter reply on letterhead |
| **Attach:** | A letter from Daisy Veerasingham to Senator Tom Cotton.pdf |

Hi Julie, Jessica, Lauren

Attached is the letter Daisy is sending to Senator Cotton.   I will send in 10 minutes to Senator Cotton's team, per Daisy.

Thanks,
Clare

**AP**

200 Liberty St
New York, NY 10281
T 212.621.1500, F 212.621.1000
ap.org

Senator Tom Cotton
326 Russel Senate Office Building
Washington, DC 20510

November 10, 2023

Dear Senator Cotton,

I write in response to your letter sent yesterday evening requesting information about the unsubstantiated allegations made by the advocacy group, Honest Reporting, against journalists working in Gaza, including four freelancers who contributed to AP's coverage of the Oct. 7 attacks in Israel.

As we stated publicly early Thursday morning, The Associated Press had no knowledge of the Oct. 7 attacks before they happened. Any suggestion otherwise is baseless. In response to the specific questions raised in your letter: no AP employees were colluding with Hamas on or before Oct. 7 nor were embedded with them, nor are any today. The AP remains committed to its essential role of covering the war independently and factually.

Gil Hoffman, executive director of Honest Reporting, told the AP Thursday that the group had no evidence to support its suggestion that the freelancers named in their article had advance knowledge of the attacks or were "embedded" with Hamas.

No AP employees were at the border at the time of the attacks or crossed the border at any time, nor did AP ask or assign any freelancers to do so. The first pictures AP received from freelancers covering the attacks were taken more than an hour after the attacks had begun.

We remain extremely concerned that these unsupported accusations threaten the lives and work of journalists in the region and across the globe.

*Daisy Veerasingham*

Daisy Veerasingham
President and CEO

**THE ASSOCIATED PRESS**
Advancing the Power of Facts

AP_0001459