UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF NINETY DAYS EXPIRING**

Pursuant to Local Rule 7.1(b)(4), Defendant The Associated Press respectfully files this Notice of Ninety Days Expiring and states:

1. Defendant's Motion to Dismiss Amended Complaint (ECF No. 48) was served and filed on May 28, 2024.

2. Plaintiffs' Opposition to Defendant's Motion to Dismiss Amended Complaint (ECF No. 51) was served and filed on June 11, 2024.

3. Defendant's Reply in Further Support of Defendant's Motion to Dismiss Amended Complaint (ECF No. 52) was served and filed on June 18, 2024.

4. More than ninety days have passed since the Motion was fully briefed without hearing or disposition. Ninety days from the Reply expired on September 16, 2024.

5. Defendant's Motion to Stay Discovery Pending Adjudication of Its Motion to Dismiss (ECF No. 31) is also fully briefed and remains pending.

Date: September 23, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ Charles D. Tobin
    Charles D. Tobin (Fla. Bar No. 816345)
    1909 K Street, NW, 12th Floor
    Washington, DC 20006
    Telephone: (202) 661-2200
    Fax: (202) 661-2299
    tobinc@ballardspahr.com

    R. Stephen Stigall (*pro hac vice*)
    Elizabeth Seidlin-Bernstein (*pro hac vice*)
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Telephone: (215) 665-8500
    Fax: (215) 864-8999
    stigalls@ballardspahr.com
    seidline@ballardspahr.com

*Attorneys for Defendant The Associated Press*