UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

### **DEFENDANT'S NOTICE REGARDING DOCUMENT TRANSLATION**

As directed by the Court during the September 20, 2024 status conference, Defendant The Associated Press ("The AP") respectfully files this Notice Regarding Document Translation and states:

1. As represented by counsel during the status conference, to date The AP has identified approximately 450 document families (approximately 3,400 individual documents) that are potentially responsive to Plaintiffs' document requests and that are primarily in Hebrew or Arabic.

2. TransPerfect, The AP's discovery vendor, estimates that translation of these documents will be completed in 8 to 10 business days.

3. Upon receipt of the translated documents, The AP will review and produce the documents expeditiously.

Date: September 23, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Charles D. Tobin*
    Charles D. Tobin (Fla. Bar No. 816345)
    1909 K Street, NW, 12th Floor
    Washington, DC 20006
    Telephone: (202) 661-2200
    Fax: (202) 661-2299
    tobinc@ballardspahr.com

    R. Stephen Stigall (*pro hac vice*)
    Elizabeth Seidlin-Bernstein (*pro hac vice*)
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Telephone: (215) 665-8500
    Fax: (215) 864-8999
    stigalls@ballardspahr.com
    seidline@ballardspahr.com

*Attorneys for Defendant The Associated Press*