UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

     Plaintiffs,

v.

THE ASSOCIATED PRESS,

     Defendant.

_____/

**DEFENDANT'S NOTICE REGARDING PHONE IMAGING**

The Associated Press ("The AP") respectfully files this Notice Regarding Phone Imaging in order to update the Court on its progress toward meeting the September 30, 2024 deadline set by the Court (ECF No. 72) and states:

1. The AP has selected nine custodians from its Jerusalem and Gaza bureaus for phone imaging. This selection is based on The AP's good-faith determination that these individuals have WhatsApp messages on their phones that may be relevant to the claims and defenses in this case. Counsel for The AP provided the names of the nine custodians to counsel for Plaintiffs on September 24, 2024, and the parties continue to meet and confer over this list.

2. Imaging a phone requires each custodian to create a backup of his or her device with the proper settings, then provide remote access to The AP's discovery vendor so that the backup can be downloaded. Completing this process has required multiple emails and phone calls with each custodian, IT professionals, The AP's vendor, and counsel located across seven time zones, all while the custodians are living through and reporting on Israel's ongoing conflicts

with Hamas and Hezbollah.  In some instances, the initial data transfer failed for technical reasons and the process had to be repeated once or multiple times.

3. To date, The AP has successfully imaged the phones of all nine custodians, totaling over 1.2 terabytes of data.  The data for eight of those custodians has been processed and made available for review in Relativity on a rolling basis.  The data for the ninth custodian – a journalist who was displaced from her home in Gaza and does not have a reliable Internet connection – was just received today and will now be processed for review.

Date: September 30, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By: /s/ Charles D. Tobin
Charles D. Tobin (Fla. Bar No. 816345)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com

R. Stephen Stigall (*pro hac vice*)
Elizabeth Seidlin-Bernstein (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Fax: (215) 864-8999
stigalls@ballardspahr.com
seidline@ballardspahr.com

*Attorneys for Defendant The Associated Press*