IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NOACH NEWMAN, ADIN GESS, MAYA PARIZER, NATALIE SANANDAJI, and YONI DILLER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ASSOCIATED PRESS,<br><br>    Defendant. | Case No.: 1:24-cv-20684-KMM |

**JOINT DISCOVERY STATUS REPORT**

Plaintiffs Noach Newman, Adin Gess, Maya Parizer, Natalie Sanandaji, and Yoni Diller (collectively "Plaintiffs") and Defendant The Associated Press ("Defendant"), jointly and pursuant to this Court's April 30, 2024 Order Setting Discovery Status Conference [ECF No. 37] file this Joint Discovery Status Report.

1. **The discovery each party has propounded.**

Plaintiffs propounded one set of requests for production. Defendant propounded one set of requests for production.

2. **Whether the discovery requests have been answered.**

All discovery requests propounded by Plaintiffs have been answered. All discovery requests propounded by Defendant have been answered, but Defendant contests the sufficiency of Plaintiffs' answers. The parties are therefore meeting and conferring concerning Defendant's discovery requests. Plaintiffs have not yet produced any documents. Defendants completed their rolling document production on October 29, 2024.

3. **Status of Depositions including: (a) the number of depositions taken to date; (b) the number of remaining depositions and whether they have been scheduled; and (c) an explanation of any delay in scheduling the remaining depositions.**

(a) The parties have not taken any depositions as of the date of this Report.

(b) The parties anticipate around fourteen forthcoming depositions. Plaintiffs intend to depose Defendant's corporate representative, the corporate representative of The Committee for Accuracy in Middle East Reporting in America, Inc., the four identified Freelance Photographers, and certain employees of Defendant. Defendant intends to depose each of the five Plaintiffs and reserves the right to seek additional depositions once it receives Plaintiffs' document production.

(c) The parties have not yet scheduled depositions. Plaintiffs attribute their delay in scheduling depositions to Defendant's rolling document productions, which were completed on October 29, and Defendant attributes its delay in scheduling depositions to Plaintiffs' failure to produce any documents to date and logistical concerns raised by deposing witnesses from Israel and Gaza, which are currently at war.

4. **Status of expert disclosures.**

Expert disclosures are currently due on November 28, 2024. The parties will seek an extension of certain deadlines including the expert disclosures.

5. **Whether the parties have any outstanding discovery disputes.**

The parties are meeting and conferring on Plaintiffs' objections to Defendant's requests for production and applicable search terms.

6. **Whether the parties believe that a discovery status conference is needed.**

The parties do not believe that a discovery status conference is currently needed, as the parties will move to extend the discovery deadline. Defendant may seek a discovery hearing if the

parties are unable to resolve Plaintiffs' objections to Defendant's requests for production and applicable search terms.

7. **Whether the parties can certify that they will complete all discovery by the discovery deadline.**

The deadline for discovery is December 30, 2024 [ECF No. 35]. The parties do not believe that they will complete all discovery by the deadline. The parties estimate they will need at least three additional months to complete discovery.

Dated: November 13, 2024                              Respectfully submitted,

| | |
|---|---|
| **BALLARD SPAHR**<br>1909 K Street, NW 12th Floor<br>Washington, DC 20006<br>Tel: (202) 661-2299<br><br>By: *s/ Charles D. Tobin*<br>Charles D. Tobin, Esq.<br>Florida Bar No. 816345<br>tobinc@ballardspahr.com<br>R. Stephen Stigall, Esq. (*pro hac vice*)<br>stigalls@ballardspahr.com<br>Elizabeth Seidlin-Bernstein, Esq. (*pro hac vice*)<br>seidline@ballardspahr.com<br><br>*Attorneys for Defendant* | **MARK MIGDAL & HAYDEN**<br>80 S.W. 8th Street, Suite 1999<br>Miami, Florida 33130<br>Tel: (305) 374-0440<br><br>By: *s/ Maia Aron*<br>Etan Mark, Esq.<br>Florida Bar No. 720852<br>etan@markmigdal.com<br>Maia Aron, Esq.<br>Florida Bar No. 17188<br>maia@markmigdal.com<br>Annie D. Rosenthal, Esq.<br>Florida Bar No. 1031335<br>annie@markmigdal.com<br>eservice@markmigdal.com<br><br>- and -<br><br>**LAW OFFICE OF DAVID I. SCHOEN**<br>2800 Zelda Road, Suite 100-6<br>Montgomery, AL 36106<br>Telephone: (334) 395-6611<br>E-Fax: (917) 591-7586<br><br>*/s/ David I. Schoen*<br>David I. Schoen, Esq.<br>schoenlawfirm@gmail.com<br>*Pro Hac Vice*<br><br>- and – |

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice Admission Pending*

- and -

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

- and -

**LSN Law, PA**
3800 NE 1st Ave
Miami, FL 33137
Telephone: (305) 742-2810

*/s/ Gabriel Groisman*
Gabriel Groisman
Florida Bar No. 25644
ggroisman@lsnlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on November 13, 2024 which served same electronically upon all counsel of record.

*s/ Maia Aron*
Maia Aron