# Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

### [PROPOSED] ORDER ON DEFENDANT'S MOTION TO COMPEL

**THIS CAUSE** comes before the Court upon Defendant's request for resolution of discovery disputes relating to Defendant's First Request for Production Directed to Plaintiffs. This Court having considered the Notice of Hearing outlining the discovery disputes, reviewed the supporting documents, and having heard argument of counsel, it is hereby **ORDERED AND ADJUDGED** that:

1. With respect to Item 1 of the Notice of Hearing, Plaintiffs **SHALL** produce documents on a rolling basis as the documents are received by their counsel, making their first production no later than December 11, 2024 and completing their production no later than December 27, 2024.

2. As Plaintiffs make rolling discovery disclosures, Plaintiffs **SHALL** contemporaneously provide Defendant a privilege log of all documents withheld on the basis of

privilege in that production, should one be necessary, and a key identifying the Request(s) to which each document is responsive.

3. The Parties **SHALL** appear before the undersigned Magistrate Judge for discovery status conferences via Zoom approximately every two weeks to monitor the status of Plaintiffs' document productions.

4. With respect to Item 2 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. Plaintiffs **SHALL** produce all responsive, non-privileged documents gathered, created, or stored by their legal counsel, including the National Jewish Advocacy Center, pursuant to their representation of Plaintiffs in any matter.

5. With respect to Item 3 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. Plaintiffs **SHALL** produce all documents responsive to Request Nos. 6-8, 26, and 51 that were created from October 7, 2023 to the present, and they **SHALL** produce all documents responsive to Request Nos. 11-18, 38-39, and 47-50 that were created from January 1, 2018 to the present.

6. With respect to Item 4 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. Plaintiffs **SHALL** produce all documents responsive to Request Nos. 2-3 that were created from January 1, 2018 to the present.

7. With respect to Item 5 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. Plaintiffs **SHALL** produce all documents responsive to Request No. 4 that were created from October 7, 2023 to the present, excluding documents that are publicly available through PACER.

8. With respect to Item 6 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. In response to Request No. 9, Plaintiffs **SHALL** produce all communications

with any of the other Plaintiffs concerning funding to or support of Hamas by any person or entity other than The AP that were created from January 1, 2018 to the present.  In response to Request No. 31, Plaintiffs **SHALL** produce all internet posts by Plaintiffs discussing any causes of terrorism in Israel other than The AP's alleged support of Hamas that were created from January 1, 2018 to the present.  Plaintiffs **SHALL** produce all documents responsive to Request Nos. 33 and 34 that were created from January 1, 2018 to the present.

9. With respect to Item 7 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**.  Plaintiffs **SHALL** produce all documents responsive to Request No. 10 that were created from January 1, 2018 to the present, excluding documents that are responsive solely because they constitute or contain news reporting by The Associated Press.

10. With respect to Item 8 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**.  In response to Request No. 20, Plaintiffs **SHALL** produce documents sufficient to show any insurance coverage pursuant to which compensation for Plaintiffs' injuries from the October 7 attack, or for treatment related to those injuries, was or may be provided, and the amount thereof.

11. With respect to Item 9 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**.  Plaintiffs **SHALL** produce documents responsive to Request Nos. 21-22 that were created from October 7, 2023 to the present.

12. With respect to Item 10 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**.  In response to Request No. 23, Plaintiffs **SHALL** produce all calendar entries

that reflect medical or mental healthcare appointments arising from Plaintiffs' injuries from the October 7 attack that were created from October 7, 2023 to the present.

13. With respect to Item 11 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. Plaintiffs **SHALL** produce all documents responsive to Request Nos. 27-28 that were created from January 1, 2018 to the present.

14. With respect to Item 12 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. In response to Request No. 29, Plaintiffs **SHALL** produce (1) documents sufficient to show whether each Plaintiff served in the military, and (2) all military records concerning any physical or mental health conditions Plaintiffs experienced in connection with military service.

15. With respect to Item 13 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. Plaintiffs **SHALL** produce documents responsive to Request No. 30 that were created from January 1, 2018 to the present.

16. With respect to Item 14 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. In response to Request No. 32, Plaintiffs **SHALL** produce all internet posts by Plaintiffs critiquing or criticizing news coverage of Israel that were created from January 1, 2018 to the present. In response to Request No. 36, Plaintiffs **SHALL** produce all documents exchanged and communications between Plaintiffs and Gil Hoffman or the organization known as Honest Reporting relating to news coverage of Israel, The Associated Press, this lawsuit, or any other judicial or arbitral proceeding concerning the events of October 7, 2023 that were created from January 1, 2018 to the present. In response to Request No. 37, Plaintiffs **SHALL** produce all documents exchanged and communications between Plaintiffs and the organization known as the Committee for Accuracy in Middle East Reporting and Analysis (CAMERA)

relating to news coverage of Israel, The Associated Press, this lawsuit, or any other judicial or arbitral proceeding concerning the events of October 7, 2023 that were created from January 1, 2018 to the present.

17.   With respect to Item 15 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**.  Plaintiffs **SHALL** produce all documents responsive to Request No. 52 that were created from October 7, 2023 to the present.  In response to Request No. 53, Plaintiffs **SHALL** produce documents exchanged and communications between Plaintiffs and any of the following individuals concerning the events of October 7, 2023 or this lawsuit:  Anat Sharaf Naim, Ofer Naim, Naomi Avir, Rami Avir, Orit Levy, Nitzan Levy, Ilanit Madmoni, Peretz Madmoni, Ricarda Louk, Nissim Louk, Lishay Lavi, Hagar Almog, David Bromberg, Lior Bar Or, Ariel Ein-Gal, Yisrael Weiser, Naomi Feifer-Weiser, Shani Weiser, Nadav Weiser, Varda Morell, Eitan Morell, Shachar Yehuda Morell, Mordechai Eliezer Menachem Morell, Dov Yerachmiel Morell, Jay Michael (Yechiel) Leiter, Chana Leiter, Neriya Dov Leiter, Sara Bracha (Leiter) Attias, David Elimelech Leiter, Sophia (Leiter) Redler, Samuel Yair Leiter, Noam Elisha Leiter, Amikam Tzion Leiter, Eyal Balva, Sigalit Balva, Shahar Balva, Itai Haim Balva, Barak Balva, Yaniv Rousso, Fanny Rousso, Inbar Rousso, Ruby Chen, Hagit Chen, Roy Chen, Hilla Shay, Izhar Shay, Shir Shay, Lior Shay, Ophir Shay, Mark Ziering, Deborah Ziering, Eliana Ziering, Yonatan Ziering, Tal Ziering, Oren Glisko, Liat Glisko, Ori Glisko, Tova Schenkolewski, Iris Weinstein Haggai, Ahl Haggai, Rahm Haggai, Zohar Haggai, Maya Treger Rosenfeld, Dvir Rosenfeld, Eliyahu Levy, Iddo Moshe Levy, Nir Yehezkel Levy, Tom Shalom, Guram Beniashvili, Robert Airley, Jennifer Airley, Aaron Bours, Rivka Davidovich, Chana Sarah Ben Zaken, Donald Goodman, Hadas Pnina Saffer Ben Hamo, Amichay Klughaupt, Elitzur Moses, Dafna Moses, Mitchel Newman, Gavriel Newman, Dvir Tuvia Newman, Batya

Leah Sprei, Avraham Rothner, Nadav Benjamin Shindman, Aaron Moshe Spitz, Leah Spitz, Gavriel Binyamin Spitz, Avital Miriam Spitz, Aryeh Thaler, Jeffrey Thaler, Karen Thaler, Zev Thaler, Eliyahu Thaler, Yosef Thaler, Pesha Thaler, Ariel Vardi, Leor Zer-Chen, Yaakov Zer-Chen, Eitan Mor, Shlomit Miriam Mor, Leron Mor, Michal Zipporah Zafrani, Inbal Chen, David Zafrani, Ori Zafrani, Osnat Tal Zafrani, Roni Zafrani, Odeya Chen Natan aka Odeya Chen Teicher, Naomi Teicher, Michael Jay Teicher, Eitan David Natan, Naama Saffer Amar, Yehoshua Goodman, Avraham Gutstein, Miriam Gutstein, Yitshak Yisachar Gutstein, Tamar Gutstein, and Shelomo Tawil.

18. With respect to Item 16 of the Notice of Hearing, Plaintiffs' objections are **OVERRULED**. In response to Request No. 41, Plaintiffs **SHALL** produce documents sufficient to show any criminal convictions of Plaintiffs from January 1, 2018 to the present.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of December, 2024.

_____
Marty Fulgueira Elfenbein
United States Magistrate Judge

Copies furnished to all counsel of record via CM/ECF.