# EXHIBIT Q

# Expert Report of Lara Burns

*Newman, et al v. The Associated Press*

I. <u>Professional Background</u>

I am the Head of Terrorism Research at the George Washington University's Program on Extremism where I lead research on all forms of extremism, with a specific focus on international terrorism and terrorist organizations. In that capacity, over the past 10 years, I have published two articles on the Hamas terrorist organization and Iran, Hamas's ally and a state sponsor of terrorism:

A. <u>How Hamas' Early Ties with Iran Were Brokered from the US</u>, Lorenzo Vidino and Lara Burns, Program on Extremism at the George Washington University, October 2024.

B. <u>Propaganda, Procurement and Lethal Operations: Iran's Operations Inside America</u>, Lorenzo Vidino, Lara Burns, Sergio Altuna, Rosa Cabus, Cynthia Martinez and Jake Gilstrap, Program on Extremism at the George Washington University, October 2024.

I have not testified as an expert at trial or by deposition in the past four years.

Currently, I train local, state, and federal law enforcement on the Hamas terrorist organization, its structure, methods, radicalization model, and use of front organizations to finance its mission and spread its propaganda. In July 2024, I testified before the U.S. House of Representatives, Ways and Means Committee concerning the use of tax-exempt funds used to fuel antisemitism and fund terrorism. I am a retired FBI Special Agent with more than 23 years of experience investigating and leading complex counterterrorism investigations. From 2001-2008, I served as the lead FBI agent in the criminal investigation of the Holy Land Foundation, which culminated in its (and five of its leaders') conviction in 2008 for supporting Hamas. From 2002-2023, I was an FBI instructor on the issues of complex counter-terrorism investigations, terrorism financing, and the detection of deception, where I educated federal, state, local, and foreign law enforcement entities on terrorist financing techniques and tradecraft, and methods of deception used by individuals involved in terrorism and criminal activities. From 2014-2015, while concurrently working on counter-terrorism matters, I was assigned as a Special Assistant United States Attorney for the Northern District of Texas where I was responsible for federal prosecutions under a variety of criminal statutes. From 2015-2023, I led the FBI Dallas' International Terrorism squad and concurrently served as the FBI Dallas' Division's International Terrorism Program Coordinator where I oversaw up to 00 complex investigations at a given time, focusing on terrorism financing and violations of the International Emergency Economic Powers Act (IEEPA).

II. <u>Scope of Work</u>

I have been asked by Plaintiff's counsel to provide expert testimony about the Islamic Resistance Movement's (Hamas) creation in 1987 and its propaganda efforts, including its historical use of the media as a key component in disseminating its ideology to generate support for its terrorist activities.

III. <u>Summary of Opinions</u>

A. From 1995 until at least 2023, Hamas, a U.S.-designated foreign terrorist organization ("FTO"), was a multi-faceted organization comprised of a terror apparatus; a civilian

2

infrastructure which included social services and propaganda campaigns; a political bureau; and administrative branches that all worked cohesively to achieve the primary goal stated in the Hamas charter – the annihilation of the State of Israel and its replacement by an Islamic state.

B.  The U.S. government has long concluded that Hamas uses its civilian infrastructure as a political tool "to win the hearts and minds" of the Palestinian population and indoctrinate the Palestinian public to support its violent campaign of terrorist attacks against Israel. This conclusion was reflected in the fact that, unlike some other Western governments, the United States designated the entirety of Hamas as an FTO, making no distinction between its terror apparatus and its political bureau or civilian infrastructure. Individuals and groups, regardless of any official title, and whether they are labeled as Hamas members, leaders, operatives, supporters, facilitators, or affiliates, can and do provide assistance to Hamas in a variety of ways, all of which combine to promote its violent terrorist activities

C.  Since its inception and through at least 2023, Hamas has intentionally sought to use the media to promote its agenda and garner support for its terror.

IV.   HAMAS's FOUNDATION AND BACKGROUND

To properly understand the activities and functions of the Ḥarakah al-Muqāwamah al-ʾIslāmiyyah, the Islamic Resistance Movement (Hamas), it is essential to examine its origins, its goals, and its evolution from 1987 through the events of October 7, 2023.  The Muslim Brotherhood, *al-Ikhwan al-Muslimun*, is the most influential modern-day Islamist movement in the world.[1]  Islamism is a political ideology based on the belief that all aspects of life, society, and government should be administered according to a very specific, strict interpretation of Islamic law. The Muslim Brotherhood's foundation lies in its grass roots efforts that it uses to spread its ideology and win the hearts and minds of a population, through a combination of provision of social services and proselytization (commonly referred to as *dawa*).[2]  The Muslim Brotherhood believes that once it has won a majority of the hearts and minds of a population, violent jihad is acceptable to usurp non-Islamist governments.[3]

In Islamic tradition, the propagation of Islam is a religious duty for all Muslims, and includes not only the spread of Islam through preaching or proselytization, it includes a range of

---

[1] Lorenzo Vidino, The Muslim Brotherhood in the United Kingdom, December 2015, p. 3.

[2] *Id.* at pp. 14-15.

[3] Ziad Abu-Amr, Hamas: A Historical and Political Background, *Journal of Palestine Studies XXII*, no. 4 (Summer 1993) ("Hamas"), p. 9. Abu-Amr is both a Palestinian academic and a politician who served as a Palestinian Authority ("PA") government minister on several occasions. He is regarded as close to both the PA's dominant faction, Fatah, and to Hamas.

social service activities designed to help those in need.[4] Thus, the term *dawa* is a traditional religious principle that promotes activities that further the public good. However, the Muslim Brotherhood and Hamas have manipulated this concept to serve their political agendas and promote violent, anti-Semitic ideologies.

The Muslim Brotherhood was founded in 1928 in Egypt by Hassan al-Banna and quickly spread through the Arab world. When Israel was created in 1948, the Muslim Brotherhood had an established presence in the West Bank and Gaza.[5] The Brotherhood's activities differed in the West Bank and Gaza, due primarily to the Jordanian governance and influence in the West Bank versus Egyptian administration and influence in Gaza.[6] In the West Bank, the Brotherhood's activities focused on religion and social services and were met with little resistance while in Gaza, they encountered opposition from the Egyptian government.[7] Unlike the Muslim Brotherhood in the West Bank, the Muslim Brotherhood in Gaza were forced to participate in clandestine activities.[8]

In the aftermath of the 1967 war, Israel occupied and assumed administration over both the West Bank and Gaza, and Israel's attitude toward religious and cultural activities and institutions was much more permissive than that of Egypt.[9] This development led to greater coordination and communication between the Islamists in both regions.[10] The Muslim Brotherhood established entities, through which it could spread its ideologies and influence, and these entities included charitable, cultural, and religious organizations, as well as schools.[11] In Gaza, Sheikh Ahmed Yassin led the drive to spread the Muslim Brotherhood's *dawa* efforts and worked to build a social infrastructure there.[12] The cornerstone of this social infrastructure was the Al-Mujama Al-Islami (also known as the Islamic Center and the Islamic Complex) in Gaza, founded by Yassin in 1973.[13] Other key leaders of Al Mujama Al-Islami were Abdel Aziz al-Rantisi, Ibrahim al-Yazuri, and Mahmud al-Zahar,[14] all of whom would become senior leaders of

---

[4] Wiedl, Nina. "Dawa and the Islamist Revival in the West." Current Trends in Islamist Ideology. vol. 9 (December 14, 2009), available online at https://www.hudson.org/national-security-defense/dawa-and-the-islamist-revi val-in-the-west.

[5] Shaul Mishal & Avraham Sela, The Palestinian Hamas: Vision, Violence, and Coexistence, Columbia University Press, 2000 ("The Palestinian Hamas"), pp. 17-18.

[6] Abu-Amr, HAMAS, pp. 6-7.

[7] *Id.*

[8] Ziad Abu-Amr: Islamic Fundamentalism in the West Bank and Gaza, Indiana University Press, 1994, pp. 4-10, ("Islamic Fundamentalism in the West Bank and Gaza"). *See also* Mishal and Sela, The Palestinian Hamas, pp. 17-19.

[9] Mishal and Sela, The Palestinian Hamas, pp. 17-19.

[10] *Id. See also* Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza, p. 13.

[11] Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza, Indiana University Press, pp. 14-15.

[12] Mishal and Sela, The Palestinian Hamas, pp. 17-19

[13] *Id.*

[14] Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza, p. 16.

4

Hamas. The Muslim Brotherhood thrived and spread under Yassin's guidance, and by the early 1980s, had assumed control over the Islamic University of Gaza.[15]

It was out of the Muslim Brotherhood movement that Hamas emerged in the early days of the First Intifada in Gaza, which began in December 1987.[16] It had a nascent capability to commit acts of terrorism (having developed precursor organizations that terrorized other Palestinians[17]), including through it so-called "Majd" apparatus.[18] But its core assets and infrastructure consisted of the aforementioned institutions Yassin co-founded or co-opted.[19] As Ziad Abu-Amr wrote in 1993:

> *As a branch of the Muslim Brotherhood and indeed inextricably intertwined with it, Hamas has been able to build on the mother organization's extensive infrastructure in expanding its public base of operations. It is thus that nursery schools, kindergartens, social and sports clubs, libraries, and other such associations fall under its auspices, and the Islamic University continues under its control. These various institutions- to say nothing of the network of mosques- are useful vehicles for spreading Hamas's ideas and influence and enlisting supports.[20]*

---

[15] Abu-Amr, Hamas, p. 7.

[16] *Id.* At p. 10; "Terrorist Financing Operations Section, House Committee on Financial Service Subcommittee on Oversight and Investigations, 108th Congress (2003), Testimony of John Pistole, Assistant Director, Counterterrorism Division, Federal Bureau of Investigation, available at https://archives.fbi.gov/archives/news/testimony/the-terrorist-financing-operations-section#:~:text=The%20United%20States%20designated%20Hamas,or%20business%20transaction%20with%20Hamas.

[17] Mishal & Sela, The Palestinian Hamas, p. 22 (("The Mujama [sic] appointed its own confidants as clergy, turning the mosques into political pulpits. Yet the repeated efforts, often accompanied by threats or sheer force, to take over the mosques officially controlled by the Department of Islamic Endowments and install Mujamma' [sic] clergy in key positions were only partially successful. The Islamic Endowment Department continued to finance the maintenance and pay the wages of employees in mosques that were now under Mujamma' [sic] control."); Id. at p. 23 ("Violence was built into the movement's worldview from its very inception. Like other Islamic movements, the Mujamma' [sic] employed violence to impose Islamic norms on the population, particularly to prevent the consumption of alcohol and to ensure women's modesty.")

[18] *Id.* P. 34 ("The new apparatus was entitled the Organization of Jihad and Da'wa (Munazzamat al-jihad wal-da'wa), abbreviated Majd (literally, glory). This unit carried out violent activities, including arson, kidnapping, and rough interrogations and- with Yasin's permission, apparently rendered in the form of a *fatwa*- also executed suspected collaborators with Israel. In 1987, Majd was headed by Salah Shihadah [sic], a well-known preacher, who was in charge of student affairs at the Islamic University of Gaza.")

[19] *Id*. P. 18.

[20] Abu-Amr, Hamas, p.14. *See also* Mishal & Sela, The Palestinian Hamas, p. 37 ("Whereas it had previously been focused almostely exclusively oneducation, welfare, and community life, the Mujama's [sic] core now assumed a bifocal form, combining the previous activity with organized political protest and violence against Israel….")

V.  HAMAS'S USE OF SOCIAL SERVICES, PROPAGANDA AND MEDIA TO PROMOTE ITS VIOLENT AGENDA

In early 1988, Hamas published its Covenant, also referred to as its charter.[21] An English translation of the Hamas Covenant revealed Hamas's ultimate goal of destroying the country of Israel through violent *jihad*. In its preamble, Hamas quoted Muslim Brotherhood founder Hassan al-Banna saying, "…Israel will exist and will continue to exist until Islam will obliterate it, just as it obliterated others before it."[22] The Covenant goes on to clarify, "our struggle against the Jews is very great and very serious. It needs all sincere efforts."[23] In Article 7, Hamas quoted a religious saying that they credit to "The Prophet, Allah":

> *"The Day of Judgement will not come about until Moslems fight the Jews (killing the Jews), when the Jew will hide behind the stones and trees. The stones and trees will say O Moslems, O Abdullah, there is a Jew behind me, come and kill him. Only the Gharkad tree (evidently a certain kind of tree) would not do that because it is one of the trees of the Jews."*[24]

In Article 13, the Covenant states "there is no solution for the Palestinian question except through Jihad."[25]

As Hamas is an outgrowth of the Muslim Brotherhood, the roots of its movement lie in its grass roots efforts to gain the hearts and minds of the population. Hamas seeks to do this, like the Muslim Brotherhood, through its provision of social services and the spread of its propaganda (*dawa*). In Article 15 of the Covenant, Hamas addressed the importance of the dissemination of their ideology to support the overall mission of the movement:

> *It is necessary to instill the spirit of Jihad in the heart of the nation so that they would confront the enemies and join the ranks of the fighters. It is necessary that scientists, educators and teachers, information and media people, as well as the educated masses, especially the youth and sheikhs of the Islamic movements, should take part in the operation of awakening (the masses).*[26]

---

[21] *United States v. Holy Land Foundation*, No. 04-cr-240-G ("*HLF*"), Exhibits: Hamas Charter 1 and Hamas Charter 2.

[22] The Avalon Project, Hamas Covenant 1988 ("*Hamas Covenant*"), Yale Law School, Lillian Goldman Law Library, p. 1, available at https://avalon.law.yale.edu/21st_century/hamas.asp

[23] *Id.* at p.2.

[24] *Id.* at p. 6.

[25] *Id.* at p. 9.

[26] *Id.* at p. 10.

6

In Article 29 of the Covenant, Hamas declared its hope that they win the support of the masses and it should be done "through the convening of solidarity conferences, the issuing of explanatory bulletins, favourable (*sic*) articles and booklets, enlightening the masses regarding the Palestinian issue, clarifying what confronts it and the conspiracies woven around it.  They should mobilize the Islamic nations, ideologically, educationally and culturally, so that these peoples would be equipped to perform their role in the decisive battle of liberation…"[27]

In Article 30, Hamas specifically detailed the importance of spreading their message in a variety of ways, including through use of the media:

> *Writers, intellectuals, media people, orators, educaters and teachers… all of them are called upon to perform their role, and to fulfill their duty, because of the ferocity of the Zionist offensive and the Zionist influence in many countries exercised through financial and medial control…Jihad is not confined to the carrying of arms and the confrontation of the enemy.  The effective word, the good article, the useful book, support and solidarity- together with the presence of sincere purpose for the hoisting of Allah's banner higher and higher- all these elements of the Jihad for Allah's sake. 'Whosoever mobilises a fighter for the sake of Allah is himself a fighter….'"*[28]

From its inception, Hamas' foundation lay in its *dawa* activities where it used religious and cultural centers to spread its ideology to support its agenda.[29]  In addition to its social services branch, Hamas developed a political branch and a terror apparatus (known as the Izz al-Din al-Qassam Brigades),[30] but all components of Hamas were interdependent and worked toward the same agenda, which was the destruction of Israel as stated in its own charter.[31] Hamas operates all of its branches through its leaders, operatives, members, affiliates and front organizations, with individuals and entities whose roles and responsibilities sometimes span more than one branch.  Regarding the notion that Hamas' different branches operated independently of one another, Hamas founder and spiritual advisor Shiekh Ahmed Yassin denied

---

[27] *Id.* at p. 20.

[28] *Id.*

[29] Matthew Levitt, Teaching Terror:  How HAMAS Radicalizes Palestinian Society, February 12, 2007 available at https://www.washingtoninstitute.org/policy-analysis/teaching-terror-how-hamas-radicalizes-palestinian-society.

[30] *HLF*, Exhibit HLF Search 108, p. 13, Ahmad Rashad, Ahmed Yassin:  A Leader in Limbo, *Middle East Affairs Journal*, (Summer/Fall 1996), p. 107.

[31] Avalon Project, Hamas Covenant.

7

this to be true. "We cannot separate the wing from the body. If we do so, the body will not be able to fly. HAMAS is one body."[32]

Between 1988 and 1992, the International Muslim Brotherhood tasked its chapters, including the Muslim Brotherhood's United States chapter, to support Hamas.[33] At the time, one of the primary leaders of the US-Muslim Brotherhood was Mousa Abu Marzook (Marzook has also held senior leadership positions in the Hamas Political Bureau), and he oversaw the creation and operation of the first three US-based Hamas front organizations under the US-Muslim Brotherhood's Palestine Committee. The Palestine Committee effectively became the US-based Hamas infrastructure. The three key front organizations were the Occupied Land Fund (soon to be renamed the Holy Land Foundation for Relief and Development and hereinafter referred to as the HLF), the Islamic Association for Palestine (IAP), and the United Association for Studies and Research (UASR).[34] Each organization had a specific purpose, but they were to operate in conjunction with each other to achieve the goal of supporting Hamas with media, money and men: the HLF was the fundraising arm; the IAP was the media/propaganda arm; and the UASR was the think tank.[35]

The IAP published articles in their Arabic news publication, *Ila Filistine*, wherein they noted that Palestine should be free "from the river to the sea" and that jihad was the only solution.[36] In these publications, the IAP praised Hamas and in one of their issues they noted, "your people in Palestine offer their blood, their children, thousands of prisoners, thousands of houses…They offer all that as fuel for their Intifada…" As intended, the HLF used this propaganda and those publications as a platform to raise money.[37]

In a recorded interview of Mahmoud Mosleh, who was the head of Hamas' information department during the first Intifada (1987-1993), Mosleh discussed Hamas's media efforts and stated the idea of the Hamas media apparatus was formed in 1987 because "the media, I mean, plays an important role in introducing the Movement and its activities."[38]

---

[32] Reuters, Yassin Sees Israel 'Eliminated' Within 25 Years, May 27, 1998.

[33] *United States v. El-Mezain,* 664 F.3d 467, 486 (5th Cir. 2011).

[34] *Id.* at 527.

[35] Lorenzo Vidino, The New Muslim Brotherhood in the West, Columbia University Press, 2010, Chapter 7, p. 18.

[36] *HLF*, Exhibits Ila Filistine 1-5. For example, Ila Filistine 4, p. 4, published a message: "The Islamic Resistance Movement (Hamas), which was founded through the efforts of Muslim scholars and activists in occupied Palestine over the course of decades, most appreciates the role of distinguished Muslim scholars and sheiks in fighting the battle of the presence and fate of God's enemies, the Jews. From this point of departure, and from the sites of Jihad and the steadfast front lines, we in the Islamic Resistance Movement (Hamas) call upon you to support the Jihad of your people in occupied Palestine and to stand with them until victory, if God wills.... We pledge to Almighty God to persevere in the path of Jihad and martyrdom." This message was placed above a solicitation for donations to the Occupied Land Fund, the name HLF operated under at its inception.

[37] *Id.*

[38] *HLF,* Exhibit Elbarasse Search 23.

In the early years of the first Intifada as Hamas continued to build its social infrastructure, many educational and charitable entities in Gaza and the West Bank were controlled by differing parties. Hamas vied to take over those that were controlled by others. Documentation relating to these endeavors was seized in various FBI search warrants in the United States between 1994 and 2004, and admitted as evidence in the trial and conviction of the HLF, (the HLF was designated as a Specially Designated Terrorist (SDT) in December 2001 for its role as a Hamas front organization)[39] and five of its officers.[40] Through these documents, it appeared that even in the early 1990s, studies were conducted to determine which parties, whether it was Hamas, the PLO, or leftist parties, controlled which entities, including educational and charitable organizations.[41]

As Hamas' influence spread into the West Bank in 1991, so too did money from the US-based HLF flow into the West Bank to enhance Hamas's influence and social services infrastructure.[42] A document dated 1991 and seized in a 2004 FBI search warrant of a US-based Palestine Committee leader documented which institutions Hamas had control of, and which they still needed to focus on. The report noted which Islamists held positions of power in these organizations.[43] In order to receive credit for these social services and gain popularity, Hamas needed the local population to understand they were the providers and not other parties in the West Bank and Gaza, like the PLO or Fatah. Further, for the same reason, Hamas sought to control charitable entities in which it had little to no presence or control. According to Dr. Matthew Levitt, "Hamas's social welfare network forms the backbone of its proselytizing efforts (*dawa*), generating both popular support for the organization and logistical support for its terrorist attacks."[44]

Hamas continued to vie for power and influence in the Gaza Strip and in the West Bank in the first Intifada. Marzook, who led the US-based Hamas infrastructure and had simultaneously risen to power in the Hamas Political Bureau, began negotiations with the Islamic

---

[39] U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network December 4, 2001," archived content, available at https://home.treasury.gov/news/press-releases/po841.

[40] *United States v. El-Mezain,* 664 F.3d 467, 486 (5th Cir. 2011).

[41] *HLF*, Exhibits Ashqar Search 5 and Elbarasse Search 22.

[42] Sheikh Yassin deputized Hamas leader Sheikh Jamil Hamami to organize Hamas's infrastructure in the West Bank. *See, e.g.,* Abu-Amr, Hamas, p. 10. In 1994, Hamami made several speaking appearances in the United States, and a dispute arose between the HLF and another Palestine Committee member, Abdel Haleem Ashqar, about who should receive the proceeds raised by Hamami. Ashqar had arranged for Hamami's trip and wanted to keep the proceeds of these fundraising speeches for a separate organization that Ashqar had founded. A dispute arose with the IAP and HLF on one side, and Ashqar on the other. Ultimately, Mousa Abu Marzook and others intervened to resolve the dispute. Ashqar was informed the Palestine Committee had decided that all funds raised by Hamami's appearances in the US would be directed to and administered by the HLF. *See* HLF, Exhibits Ashqar Wiretap 3-6. See also *United States v. El-Mezain,* 664 F.3d at 504.

[43] *United States v. Holy Land Foundation*, CR 3:04-CR-240-G, Exhibit Elbarasse Search 22.

[44] Dr. Matthew Levitt, Undercutting a Culture of Militancy Designating HAMAS Charities, August 8, 2007.

Republic of Iran in an attempt to leverage Iran's material resources.[45] According to seized documentation that was later presented in federal court, Hamas sought media, political and military support from Iran, further demonstrating the importance of the media and the inter-connected nature of the various components of Hamas. By 1992, HAMAS not only sought to conquer Israel, but focused heavily on countering the PLO's influence in the Palestinian territories.[46]

Documents from as early as 1992 demonstrate the inter-related nature of Hamas's *dawa* mission, military operations against "the Jews" and even its battles with Fatah.[47] Hamas's requests for financial support intertwined the need for money to provide for the needy and to support terror operations.[48] In one request for aid, sent via fax from the Islamic Relief Agency in 1992 and located in a 2004 FBI search warrant of a US-based Palestine Committee leader, the writer addressed the need to support the detainees, the martyrs families, the Islamic University of Gaza, and other social service organizations, while requesting money for weapons and stating, "Jihad in Palestine is different from any Jihad; the meaning of killing a Jew for the liberation of Palestine cannot be compared to any Jihad on earth.[49]

In late 1993, the PLO represented by Yasser Arafat and Israel represented by Yitzak Rabin entered into the Oslo Accords, which served as a road map for potential peace, a two-state solution, and Palestinian self-rule. Hamas condemned the Oslo Accords[50] and sought to undermine Yasser Arafat who was then considered to be the official representative of the Palestinian people.[51] Leaders of the US-based Hamas infrastructure reacted and planned a meeting among the US-based leaders to discuss how to proceed in light of the developments. The meeting agenda was located in a lawful 1994 FBI covert search of the home of one of those individuals, and under *point one* of the "Seminar goals", they noted "Determining the strategies, policies and frames of Islamic activism for Palestine in North America in the near and far states in its following aspects: Political action and public relations, popular action, charitable action, media action."[52]

They held the meeting in October 1993 to discuss how they would continue to support Hamas, seek to derail the peace accords and undermine the Palestinian self-rule, while operating under cover to avoid law enforcement scrutiny (The meeting was recorded by the FBI and later

---

[45] *HLF*, Exhibit Ashqar Search 7.

[46] *HLF*, Exhibit Ashqar Search 7.

[47] *HLF*, Exhibits Elbarasse Search 17 - 18.

[48] *Id.*

[49] *HLF*, Exhibit Elbarasse Search 18.

[50] Council on Foreign Relations, What is Hamas?, (October 2024) available at https://www.cfr.org/backgrounder/what-hamas

[51] *HLF*, Exhibits Philly Meeting 1-8.

[52] *HLF,* Exhibit Ashqar Search 4.

10

disclosed in the trail of the HLF for its support to Hamas).[53] In the meeting, they discussed how Hamas would likely be designated as a terrorist organization by the US government. The leaders declared that "War is deception" and planned to deceive the American public about their motives, while remaining true to their ideologies when addressing the Palestinian and Arab populations.[54]

In that 1993 meeting, the participants acknowledged their organizations in Gaza and the West Bank would likely come under the scrutiny of the PLO because of conflicts between the PLO and Hamas. The participants strategized over a number of methods they would pursue to assist in defeating the accords, and discussed the use of the media at length. One of the meeting participants noted, "we must have an economic and a media presence…"[55] Another participant noted, "the media issue shows that if you have the right approaches with people and was able to…And if you were able to reach their minds and their hearts…"[56] They acknowledged they would use their media activism in a variety of ways, including spreading their message to the Muslim and Palestinian communities in their own publications and broadcasting their point of view in "U.S. media."[57] They recognized the importance of disseminating their message in US media "in order to ease the severity of allegations of radicalism and other things."[58] They realized the need to use US media because they could reach a broader audience.[59] They noted, "**this can be achieved by infiltrating the America media outlets**…"[60] In one instance during the meeting, participants spoke about one of their newspapers, Al Zaytouna, and in doing so demonstrated the mutli-facted, yet inter-woven nature of Hamas. The participant suggested the group needed to determine the ultimate goal of the newspaper, asking:

> "*What do we want from…the reader of Al Zaytouna and the reader of the Monitor…? Do I want him to go fight or do I want to earn his sympathy so that he could donate to me or do I want him to have a knowledgeable political culture*?"[61]

In the wake of the Oslo Accords, Hamas proceeded with a series of brutal suicide bombings while the HLF continued to provide hundreds of thousands of dollars to its social infrastructure in the West Bank and Gaza, and the IAP and UASR continued to produce publications including newspapers and journals that spread Hamas's messaging.

---

[53] *United States v. El-Mezain,* 664 F.3d at 487.
[54] *HLF*, Exhibits Philadelphia Meeting 1-8.
[55] *HLF,* Exhibit Philadelphia Meeting 3, p. 9.
[56] *HLF,* Exhibit Philadelphia Meeting 3, p. 11.
[57] *HLF,*  Exhibit Philadelphia Meeting 4, p.14.
[58] *Id.*
[59] *Id.*
[60] *HLF,* Exhibit Philadelphia Meeting 4, p. 17.
[61] *HLF*, Exhibit Philadelphia Meeting 5, p. 13.

In January 1995, the United States government designated Hamas as a Specially Designated Terrorist (SDT) under Executive Order 12947.[62] The order, signed by President Clinton, invoked the International Emergency Economic Powers Act (IEEPA), and stated "grave acts of violence committed by foreign terrorists that disrupt the Middle East peace process constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States."[63] The order designated the Islamic Resistance Movement (HAMAS) as a whole, without differentiating between branches or components of it, and Hamas remains designated in that capacity as of the date of this report.

In 1997, the United States State Department designated Hamas as a Foreign Terrorist Organization (FTO), again making no distinction between any branches or components of Hamas.[64] The description of HAMAS in that designation, which has remained in place to date, says "Various Hamas elements have used both political and violent means, including terrorism, to pursue the goal of establishing an Islamic Palestinian state in place of Israel. Loosely structured with some elements working clandestinely and others working openly through mosques and social service institutions to recruit members, raise money, organization activities, and distribute propaganda."[65]

In 1998, one of the US-based Hamas front organizations, the UASR, published a copy of its *Middle East Affairs Journal* in English with an article by Azzam Tamimi about the legitimacy of Hamas as a resistance movement and Tamimi noted, "Hamas social and educational activities in the Occupied Territories have become so entrenched within the Palestinian community that neither the Israelis nor their peace partners in the Palestinian Authority have been able to eliminate them."[66] Tamimi continued, "The fact of the matter is that HAMAS...acts as an infrastructure to the numerous cultural, educational, and social institutions in Gaza and the West Bank…it is Hamas that vies life to these institutions and not the reverse."[67]

Between 1994 and 2000, Hamas continued its attacks on Israel including the use of suicide bombings and in September 2000, the Second Intifada erupted, leading to further violence and Hamas attacks against civilian targets. In 2000, a federal lawsuit was filed under the US Anti-Terrorism Act (ATA) against the HLF, the IAP, the UASR and several other parties, by the family of HAMAS terror victim David Boim. David Boim was a 17-year-old American-

---

[62] Office of Foreign Assets Control, U.S. Department of the Treasury, Terrorist Assets Report, 2012.

[63] Office of Foreign Assets Control, U.S. Department of the Treasury, Terrorist Assets Report, 2012.

[64] U.S. Department of State, Designated Foreign Terrorist Organizations, available at https://www.state.gov/foreign-terrorist-organizations.

[65] U.S. Department of State Archives, Background Information on Foreign Terrorist Organizations, October 8, 1999, https://www.1997-2001.state.gov/global/terrorism/fto_info_1999.html#hamas

[66] Azzam Tamimi, The Legitimacy of Palestinian Resistance: An Islamist's Perspective, ("*The Legitimacy of Palestinian Resistance")* Middle East Affairs Journal, Published by United Association for Studies and Research, Winter/Spring1998, p. 98.

[67] *Id.*

12

Israeli student who was murdered at a bus stop in Jerusalem in 1996 by HAMAS terrorists. Notably, on December 10, 2004, a judgement in the Boim lawsuit was issued against the HLF, the IAP, and remaining parties in the amount of $156 million dollars, finding them liable for the Hamas murder of David Boim.[68]

In December 2001, the HLF was designated as a Specially Designated Terrorist (SDT) by the US government, for its role in supporting Hamas through charitable and religious organizations in Gaza and the West Bank.[69] This terror designation was challenged and upheld on appeal in the United States Court of Appeals for the D.C. Circuit.[70]

In 2003, the FBI Assistant Director for Counterterrorism John Pistole testified before the House Committee on Financial Service Subcommittee on Oversight and Investigations wherein he addressed the FBI's efforts to combat terrorism financing.[71] Therein, he explained the US government had designated "all facets of Hamas" as a terrorist organization "since it was impossible to differentiate between money Hamas was utilizing for social reform and funds which supported terrorist attacks."[72] AD Pistole also testified, **"…any contribution to Hamas, for any purpose, frees up other funds for its planned violence."**[73]

In July 2004, the HLF and seven of its officers were charged with providing material support to Hamas, and in 2008, a jury found the HLF and five of the officers (the remaining two are international fugitives) guilty. Extensive evidence of Hamas's propaganda and social services activities were presented at that trial.

Hamas's focus on media was further studied in 2004 by Dr. Matthew Levitt who published an article entitled Hamas and Islamic Jihad Clash over "Media Jihad", wherein the importance of the media to both HAMAS and FTO Palestinian Islamic Jihad (PIJ) was addressed. Dr. Levitt cited a report on an alleged recording of an October 2004 meeting (presumably in Gaza, but the location is unclear in the reporting) among HAMAS activists including "Hamas Shura Council member Fathi Hamad."[74] **Hamad reportedly opened the meeting by describing the media "as the decisive weapon."** According to the report, Hamad lamented that PIJ had inserted its people in "key jobs in the press" whereby they were able to claim responsibility for Hamas attacks and aggrandize PIJ activities to gain popularity and

---

[68] *Boim v. Quranic Literacy Institute*, Case: 1:00-cv-02905 (N.D. Ill. Dec. 2004).

[69] U.S. Department of Treasury Press Release, Shutting Down the Terrorist Financial Network December 4, 2001, available at https://www.home.treasury.gov/news/press-releases/po841.

[70] *Holy Land Foundation v. Ashcroft*, 333 F.3d 156 (D.C. Cir. 2003).

[71] Testimony of John Pistole, Assistant Director, Counterterrorism Division, Federal Bureau of Investigation, available at https://archives.fbi.gov/archives/news/testimony/the-terrorist-financing-operations-section

[72] *Id.*

[73] *Id.*

[74] Matthew Levitt, Hamas and Islamic Jihad Clash over "Media Jihad", The Washington Institute for Near East Policy (February 1, 2005), available at https://www.washingtoninstitute.org/policy-analysis/hamas-and-islamic-jihad-clash-over-media-jihad.

support. Hamad demanded a "media jihad" wherein Hamas should infiltrate Arab media outlets[75] in order to control the narratives.

In 2012, the Israeli Defense Force launched Operation Pillar of Defense in Gaza and published information on their English website alleging Hamas and PIJ used "Journalism as a Cover for Terrorism," and provided examples of the alleged activities including Hamas's use of "civilian media buildings to run military operations" and Hamas operatives who donned cameras but in reality were on the Hamas payroll and served "the goals of a terrorist organization."[76]

In the wake of the October 7, 2023, Hamas terrorist attack against Israel, much debate has ensued about the role of journalists in the attacks, the harboring of hostages, and their reported services to Hamas and PIJ. Numerous media outlets have reported the Israeli government identified journalists it alleged were involved in these activities,[77] while many groups have objected to those allegations, calling them unfounded.[78]

Despite the recent and on-going public debate over involvement of specific individuals or outlets in terrorist activities, official governmental actions since October 7, 2023 have demonstrated a focus on Hamas's use of media and propaganda to promote its terrorist activities. Since October 7, 2023, the United States and the United Kingdom have issued numerous sanctions against individuals and entities affiliated with Hamas, including individuals who have aided Hamas through its fundraising, media, and propaganda efforts. On March 27, 2024, the United States and the United Kingdom announced sanctions against Gaza Now for its fundraising efforts on behalf of Hamas.[79] The United Kingdom described Gaza Now as a "terrorism-promoting media network."[80] In June 2024, the United States House Committee on Ways and Means demanded the revocation of a US-based media outlet's tax-exempt status as a result of allegations that one of their journalists in Gaza was involved in holding captive Israeli

---

[75] Arnon Regular, Leading Hamas Preacher Warns of Clash with Islamic Jihad, Haaretz, (December 15, 2004), available at https://www.haaretz.com/2004-12-15/ty-article/leading-hamas-preacher-warns-of-clash-with-islamic-jihad/0000017f-e7c7-dc7e-adff-f7efc2020000?v=1735312623129

[76] IDF Editorial Team, How Hams and Islamic Johad Use Journalism as a Cover for Terrorism, (November 29, 2012), available at https://www.idf.il/en/mini-sites/Palestinian-terrorism/how-hamas-and-islamic-jihad-use-journalism-as-a-cover-for-terrorism.

[77] Reuters, Israel names Al Jazeera reporters as Gaza Militants, Network Condemns 'unfounded allegations' (October 23, 2024), available at https://reuters.com/world/middle-east/israel-names-al-jazeera-reporters-gaza-militants-network-condemns-unfounded-2024-10-23

[78] International Foundation of Journalists, Isarel: IDF Accuses Six Al Jazeera Journalists in Gaza of Being Terrorists, (October 24, 2004) available at https://www.ifj.org/media-centre/news/detail/category/press-releases/article/israel-idf-accuses-six-al-jazeera-journalists-in-gaza-of-being-terrorists.

[79] U.S. Department of Treasury Press Release, Treasury Sanctions Hamas-Aligned Terrorist Fundraising Network, (March 27, 2024), available at https://home.treasury.gov/news/press-releases/jy2213.

[80] Government of United Kingdom, New Sanctions on Persons Linked to Hamas-Supporting Media Network (March 27, 2024) available at https://www.gov.uk/government/news/new-sanctions-on-persons-linked-to-hamas-supporting-media-network.

14

hostages from the October 7 terrorist attack.[81] Further, on November 19, 2024, the United States Treasury Department designated six Hamas officials including Ghazi Hamad who was described as "a long-time Gaza-based Hamas leader who served as the editor of Hamas propaganda outlets..."[82]

The Hamas terrorist organization, whose name in Arabic translates to the Islamic Resistance Movement, refers to itself as the "Islamic Resistance Movement" throughout its Covenant, and in Article 4 alluded to how individuals could support it saying:

*The Islamic Resistance Movement welcomes every Moslem who embraces its faith, ideology, follows its programme, keeps its secrets, and wants to belong to its ranks and carry out the duty...*[83]

As referenced herein, individuals and groups can and do provide assistance to Hamas in a variety of ways, all of which combine to promote its violent terrorist activities. The United States government has demonstrated its understanding of this complex terrorist organization in recent sanctions it has imposed on individuals who have supported the Hamas movement as members, leaders, operatives, facilitators and affiliates.[84] As HAMAS considers itself a movement, individual contributors to its mission do not need a membership card, a position on a roster, or an official title to provide support or assistance to it.

## VI. CONCLUSIONS

Between at least 1995 and until 2023, Hamas, a U.S.-designated foreign terrorist organization ("FTO"), was a multi-faceted organization comprised of a terror apparatus; a civilian infrastructure which included social services and propaganda campaigns; a political bureau; and administrative branches that all worked cohesively to achieve the primary goal stated in the Hamas charter – the annihilation of the State of Israel and its replacement by an

---

[81] United States House Committee on Ways and Means, Chairman Smith Demands Revocation of Tax-Exempt Status for U.S.-Based Media Organization Employing Hostage-Take in Gaza, (June 10, 2024), available at https://waysandmeans.house.gov/2024/06/10/chairman-smith-demands-revocation-of-tax-exempt-status-for-u-s-based-media-organization-employing-hostage-taker-in-gaza.

[82] U.S. Department of the Treasury Press Release, Treasury Targets Key Hamas Leaders and Financiers, (November 19, 2024), available at https://home.treasury.gov/news/press-releases/jy2720.

[83] Hamas Covenant, p.4.

[84] U.S. Department of State, Designating Additional Hamas and Palestinian Islamic Jihad Officials (November 14, 2023), available at https://www.state.gov/designating-additional-hamas-and-palestinian-islamic-jihad-officials-and-supporters/. See also U.S. Department of Treasury, Following Terrorist Attack on Israel, Treasury Sanctions Hamas Operatives and Financial Facilitators, (October 18, 2023), available at https://www.state.gov/designating-hamas-operatives-and-financial-facilitators. See also U.S. Department of Treasury, Treasury Targets Key Hamas Leaders and Financiers (November 19, 2024) available at https://www.state.gov/designating-additional-hamas-and-palestinian-islamic-jihad-officials-and-supporters. See also U.S. Department of Treasury, Treasury Targets Significant International Hamas Fundraising Network (October 7, 2024), available at https://home.treasury.gov/news/press-releases/jy2632.

Islamic state. The U.S. government has long concluded that Hamas uses its civilian infrastructure as a political tool "to win the hearts and minds" of the Palestinian population and indoctrinate the Palestinian public to support its violent campaign of terrorist attacks against Israel. Since its inception and through at least 2023, Hamas has intentionally sought to use the media to promote its agenda and garner support for its terror. Individuals and groups, regardless of any official title, and whether they are labeled as Hamas members, leaders, operatives, supporters, facilitators, or affiliates, can and do provide assistance to Hamas in a variety of ways, all of which combine to promote its violent terrorist activities.

Date: December 31, 2024

Lara Burns
Head of Terrorism Research: George Washington University

Scanned with CamScanner