**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
and NATALIE SANANDAJI,

  Plaintiffs,

v.

THE ASSOCIATED PRESS,

  Defendant.

_____/

**DEFENDANT'S CONSENT MOTION TO EXCEED PAGE LIMIT**
**FOR ITS MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

  Defendant The Associated Press ("The AP"), by through its undersigned counsel and with consent of Plaintiffs, hereby moves this Court pursuant to Local Rule 7.1(c)(2) to exceed the 20-page limit for its Memorandum of Law in Support of Defendant's Motion to Dismiss by 6 pages, for a total of 26 pages. In support of this Consent Motion, Defendant states as follows:

  1. Pursuant to the Court's January 7, 2025 Order (ECF No. 104), The AP's deadline to answer or otherwise respond to the Second Amended Complaint is January 28, 2025.

  2. The AP intends to file a motion to dismiss the Second Amended Complaint in its entirety.

  3. The Complaint asserts four claims against The AP, including three claims under the federal Anti-Terrorism Act and one claim under Florida's Anti-Terrorism Act.

  4. Due to the number of causes of action at issue and the multifarious statutory and constitutional issues that The AP intends to raise in its motion to dismiss, The AP respectfully requests that the Court permit it to exceed the 20-page limit for its memorandum of law by 6 pages, for a total of 26 pages not including the items excluded in Local Rule 7.1(c)(2).

5.  Plaintiffs, through their counsel, consent to the relief requested herein.

WHEREFORE, Defendant, with the consent of Plaintiffs, requests that the Court enter an order granting The AP permission to exceed the 20-page limit imposed by Local Rule 7.1(c)(2) by 6 pages.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Counsel for The AP certify that they have conferred with counsel for Plaintiffs and in good-faith resolved the issues in this consent motion. Plaintiffs do not object to the relief requested herein.

Date: January 24, 2025

Respectfully submitted,

BALLARD SPAHR LLP

By: _/s/ Charles D. Tobin_
Charles D. Tobin (Fla. Bar No. 816345)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com

R. Stephen Stigall (*pro hac vice*)
Elizabeth Seidlin-Bernstein (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Fax: (215) 864-8999
stigalls@ballardspahr.com
seidline@ballardspahr.com

*Attorneys for Defendant The Associated Press*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
MAYA PARIZER, NATALIE SANANDAJI
and YONI DILLER,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT**

**THIS CAUSE** comes before the Court upon Defendant's Consent Motion to Exceed Page Limit for Its Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint. This Court having considered the Motion, and good cause having been shown, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Defendant may file a Memorandum of Law in Support of Its Motion to Dismiss of up to 26 pages, not including title pages preceding the first page of text, tables of contents, tables of citations, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of January, 2025.

                                                                                    _____
                                                                                     K. Michael Moore
                                                                                     United States District Judge

Copies furnished to all counsel of record via CM/ECF