**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM**

NOACH NEWMAN, ADIN GESS,
and NATALIE SANANDAJI,

      Plaintiffs,

v.

THE ASSOCIATED PRESS,

      Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

      Defendant The Associated Press ("The AP"), by and through its undersigned counsel and pursuant to S.D. Fla. Local Rule 5.4, files this unopposed motion for leave to file under seal unredacted versions of its Motion to Dismiss Second Amended Complaint and Exhibit 1 to the Declaration of Elizabeth Seidlin-Bernstein, and in support states as follows:

      1.      On August 21, 2024, this Court entered a Protective Order (ECF No. 66) that permits the parties to designate documents produced in discovery as confidential.

      2.      Under the Protective Order, if a party seeks to file with the Court papers that contain or reveal material that was designated as confidential, then the party shall file a motion to seal in accordance with the Federal Rules of Civil Procedure and Local Rule 5.4 with respect to the material that is to be protected. *Id.* at (VII)(1).

      3.      Plaintiffs' Second Amended Complaint (ECF No. 99) attaches and references four documents that The AP produced in discovery and designated as confidential. This Court granted Plaintiffs' unopposed request to file the unredacted Second Amended Complaint and Exhibits A through D under seal (ECF No. 102).

4.      The parties have since met and conferred on The AP's confidentiality designations, and The AP has agreed to withdraw its confidentiality designations as to Exhibit A in its entirety and as to portions of Exhibits B and C.

5.      In its motion to dismiss the Second Amended Complaint, The AP references portions of Exhibits B through D that continue to be designated as confidential.  The accompanying Declaration of Elizabeth Seidlin-Bernstein also attaches as Exhibit 1 a comparison of the Amended Complaint to the Second Amended Complaint for the Court's convenience.  In accordance with the Protective Order, The AP has redacted the portions of its motion to dismiss and Exhibit 1 that refer to confidential portions of Exhibits B through D.

6.      "A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information."  *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).  In this case, The AP has designated Exhibits B through D to the Second Amended Complaint as confidential in whole or in part because they contain information that is commercially or competitively sensitive, unpublished newsgathering information, and/or information that could put individuals at risk of physical harm.

7.      Accordingly, pursuant to the Protective Order, The AP requests leave to file unredacted versions of its motion to dismiss the Second Amended Complaint and Exhibit 1 to the Declaration of Elizabeth Seidlin-Bernstein under seal.  The AP further requests that the Court maintain these filings under seal until The AP agrees otherwise in writing or until further order of the Court.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel conferred via email with counsel for Plaintiffs, who advised that

Plaintiffs do not oppose this motion.

Date: January 28, 2025                        Respectfully submitted,

                                             BALLARD SPAHR LLP

                                             By:    /s/ Charles D. Tobin
                                                  Charles D. Tobin (Fla. Bar No. 816345)
                                                  1909 K Street, NW, 12th Floor
                                                  Washington, DC 20006
                                                  Telephone: (202) 661-2200
                                                  Fax: (202) 661-2299
                                                  tobinc@ballardspahr.com

                                                  R. Stephen Stigall (*pro hac vice*)
                                                  Elizabeth Seidlin-Bernstein (*pro hac vice*)
                                                  1735 Market Street, 51st Floor
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 665-8500
                                                  Fax: (215) 864-8999
                                                  stigalls@ballardspahr.com
                                                  seidline@ballardspahr.com

                                                  *Attorneys for Defendant The Associated Press*