## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

NOACH NEWMAN, ADIN GESS, and
NATALIE SANANDAJI,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

Case No.: 1:24-cv-20684-KMM

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before Magistrate Judge Marty Fulgueira Elfenbein on February 20, 2025 at 10:30 a.m. via Zoom link to be provided by the Court, to resolve Plaintiffs' Dispute.[1]

The parties dispute the following:

1. Defendant The Associated Press's (the "AP") confidentiality designation to the top five (5) emails in the thread of emails attached to Plaintiffs' Second Amended Complaint ("SAC") as Exhibit B. Specifically, the AP's internal communications at the top of the page bates stamped AP_0000965.

2. The AP's confidentiality designation to the top three (3) emails in the thread of emails attached to Plaintiffs' SAC as Exhibit C. Specifically, AP's internal communications at the top of the pages bates stamped AP_0002019.

---

[1] While this is not a discovery dispute, Plaintiffs believe that this is a matter that was referred to Magistrate Judge Elfenbein as it relates to the Protective Order entered by Magistrate Judge Elfenbein [D.E. 66].

3.      The AP's confidentiality designation to the document bates stamped AP_0003600 – AP_0003614, and attached to Plaintiffs' SAC as Exhibit D.

4.      References in the SAC to the items described above in paragraphs 1-3.

Plaintiffs attach Exhibits A through D to this Notice of Hearing as ordered in this Court's Order Setting Discovery Procedures [ECF No. 27].

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel certifies that she conferred with counsel for AP about the aforementioned request and objection via videoconference on January 17, 2025 in a good faith effort to resolve the issue raised in this dispute but the parties have been unable to resolve the issue listed in this notice.

Dated: February 5, 2025                    Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: (305) 374-0440

By: *s/ Maia Aron*
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Maia Aron, Esq.
Florida Bar No. 17188
maia@markmigdal.com
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
annie@markmigdal.com
eservice@markmigdal.com

*- and -*

**LAW OFFICE OF DAVID I. SCHOEN**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (334) 395-6611
E-Fax: (917) 591-7586

*/s/ David I. Schoen*
David I. Schoen, Esq.
schoenlawfirm@gmail.com
*Pro Hac Vice*

*- and –*

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice*

*- and -*

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

*- and -*

        **Groisman Law, PLLC**
        21500 Biscayne Blvd., Ste 600
        Aventura, FL 33180
        Telephone: (305) 323-5900

        <u>s/ *Gabriel Groisman*</u>
        Gabriel Groisman (Fla. Bar No. 25644)
        gg@groisman.llc

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on February 5, 2025 which served same electronically upon all counsel of record.

        <u>*s/ Maia Aron*</u>
        Maia Aron, Esq.