IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NOACH NEWMAN, ADIN GESS, and NATALIE SANANDAJI, <br><br> Plaintiffs, <br><br> v. <br><br> THE ASSOCIATED PRESS, <br><br> Defendant. | Case No.: 1:24-cv-20684-KMM |

**PLAINTIFFS' NOTICE OF FILING EXHIBITS B, C, AND D
TO SECOND AMENDED COMPLAINT**

Plaintiffs Noach Newman, Adin Gess, and Natalie Sanandaji ("Plaintiffs"), by and through undersigned counsel, file this Notice of Filing the non-confidential versions of Exhibits B, C, and D which were attached to Plaintiffs' Second Amended Complaint [ECF No. 99]. On March 21, 2025, the Court removed The Associated Press's ("AP") confidentiality designations from these documents. *See* Order on Motion to Remove Confidentiality Designations [ECF No. 136]. On March 28, 2025, AP produced the attached re-designated exhibits pursuant to the Order on Motion to Remove Confidentiality Designations. AP consents to the filing of the attached exhibits.

| | |
|---|---|
| Dated: April 8, 2025 | Respectfully submitted, |

        **MARK MIGDAL & HAYDEN**
        80 S.W. 8th Street, Suite 1999
        Miami, Florida 33130
        Tel: (305) 374-0440

        By: *s/ Maia Aron*
        Etan Mark, Esq.
        Florida Bar No. 720852
        etan@markmigdal.com
        Maia Aron, Esq.
        Florida Bar No. 17188
        maia@markmigdal.com
        Annie D. Rosenthal, Esq.
        Florida Bar No. 1031335
        annie@markmigdal.com
        eservice@markmigdal.com

        - and -

        **LAW OFFICE OF DAVID I. SCHOEN**
        2800 Zelda Road, Suite 100-6
        Montgomery, AL 36106
        Telephone: (334) 395-6611
        E-Fax: (917) 591-7586

        */s/ David I. Schoen*
        David I. Schoen, Esq.
        schoenlawfirm@gmail.com
        *Pro Hac Vice*

        - and –

        **National Jewish Advocacy Center, Inc.**
        1718 General George Patton Drive
        Brentwood, TN 37027
        Telephone: (800) 269-9895

        */s/ Mark Goldfeder*
        Mark Goldfeder, Esq.
        mark@jewishadvocacycenter.org
        *Pro Hac Vice*

        - and -

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

*- and -*

**Groisman Law, PLLC**
21500 Biscayne Blvd., Ste 600
Aventura, FL 33180
Telephone: (305) 323-5900

s/ *Gabriel Groisman*
Gabriel Groisman (Fla. Bar No. 25644)
gg@groisman.llc

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on April 8, 2025, which served same electronically upon all counsel of record.

*s/ Maia Aron*
Maia Aron, Esq.