# EXHIBIT B

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@exchangelabs.com>
**Sent:** Thursday, December 13, 2018 11:21 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓@ap.org>
**Cc:** ▓▓▓▓▓▓▓▓▓@ap.org>
**Subject:** Re: Clarification request: Ahmed Abu Abed killed by Israel

Thanks. They are continuing to harass me.

Sent from my iPhone

> On Dec 13, 2018, at 12:54 PM, ▓▓▓▓▓▓▓▓▓▓▓@ap.org> wrote:
>
> Al-Mezan says the same stuff, looking for their English statement
>
> Sent from my iPhone
>
>> On 13 Dec 2018, at 10:18, ▓▓▓▓▓▓▓▓▓▓▓@ap.org> wrote:
>>
>> That is all fine. But we shouldn't describe someone from al quds as being an independent journalist.
>>
>> Is there any way to look at the medical report? Or get another corroboration? I just want to shut them up once and for all.
>>
>> Thanks.
>>
>> Sent from my iPhone
>>
>>> On Dec 13, 2018, at 10:15 AM, ▓▓▓▓▓▓▓▓▓▓▓@ap.org> wrote:
>>>
>>> Hi ▓▓▓
>>> The most important thing to me is that our reporting is accurate.
>>> Hassan is a freelancer, he is active on several platforms and mostly quotes, shares or reposts stuff from different sources and posts his own sometimes.
>>> Frankly speaking, many local journalists here don't pay attention to their language.
>>> Whats's camera's problem? They don't want us to report it?
>>> Well, Reuters did it next day and quoted the boy's father besides medical officials who confirm that he was injured with a bullet shrapnel.
>>> Reuters quoted the father as saying they were 300 meters away from the fence. Hassan, who I trust, said they were only 20 meters away from the fence.
>>> If Hassan is trying to insert agenda, he would not have told me the truth that nobody here likes - that he is 20m away.
>>>
>>> Sent from my iPhone
>>>
>>>> On 13 Dec 2018, at 9:31, ▓▓▓▓▓▓▓▓▓▓▓@ap.org> wrote:
>>>>
>>>> ▓▓▓ As I expected, Camera will not give up on the shooting of the 4 year old.
>>>>
>>>> They have sent an entire file on the journalist we quoted, saying he is from Hamas media.
>>>>
>>>> Is this stuff accurate? I thought you said he is independent.
>>>>
>>>> How should we respond?
>>>>
>>>> Thanks.
>>>>
>>>>
>>>> Sent from my iPhone
>>>>
>>>> Begin forwarded message:
>>>>
>>>>> From: Tamar Stemthal <tamar@camera.org>
>>>>> Date: December 13, 2018 at 9:23:38 AM GMT+2
>>>>> To: ▓▓▓▓▓▓▓▓▓▓▓@ap.org>
>>>>> Subject: Re: Clarification request: Ahmed Abu Abed killed by Israel
>>>>>
>>>>> Hi ▓▓▓
>>>>>
>>>>> We are able to find out much more about local journalist Hassan Isleih, AP's source to back up Hamas' claim that Ahmed Abu Abed died after he was fatally wounded from Israeli fire at border clashes Friday.
>>>>>
>>>>> According to Electronic Intifada, Hassan Isleih is a "a camera operator with Quds TV," which is Hamas-affiliated.
>>>>>
>>>>> Moreover, upon reviewing his social media accounts, CAMERA Arabic has found that Hassan Isleih openly identifies with Hamas' political platform and is a rabid anti-Semite who praises terrorists and expresses joy over the murder of innocent and unarmed Israelis (they're all settlers, according to Isleih, regardless of which side of the Green Line they lived).
>>>>>
>>>>> On Twitter, Isleih praised the perpetrators of the Har Nof massacre, in which five civilians at prayer in a synagogue and a police officer were murdered in November 2015:
>>>>>
>>>>> "The mosques of Gaza announce the "Allahu Akbar" as they bless our people and our Ummah [the Arab Nation/ the community of Muslim believers] with the exquisite act of martyrdom in Jerusalem, there are areas in Gaza and Rafah that distribute candy out of joy due to the event"
>>>>>
>>>>> <Isleih24 Har Nof.JPG>

He expressed joy and contentment about the murder of civilians Nehemia Bennett and Aharon Lavie, stabbed to death in Jerusalem's Old City, October 2015:

"Wailing and crying during the ceremonies of burial of the Zionists killed in the stabbing attack that was performed yesterday by the martyr and hero Mohannad Al-Halaby #A_Sight_of_Contentment [Literally: #A_Sight_that_Relieves_the_Hearts] – In response to the funerals of civilians Nehemia Bennett and Aharon Lavie

<Isleih23 Bennett Lavie.JPG>

Isleih complains about the number of Jews following him on social media, stating in October 2016: "I have plenty of comments by Jews in my facebook page now, on the pictures and the live broadcast of the bombing, the page is getting many notifications, God help us."

<Isleih9 Jewish followers.JPG>

He yearns for the days when Jews were forced to pay Muslims a tax, tweeting in March 2017:

#May_the_Call_for_Prayer_Rise When we were powerful the Jews used to pay us the per capita due tax, willingly or unwillingly! [CAMERA Arabic adds: this is a direct quote for the Qur'an, and therefore it suggests that in Isleih's eyes, this is the proper order of things]. But now in case we call 'Allahu Akbar' it is us who would pay them tax unwillingly"

<Isleih11 tax.JPG>

Isleih denies Jewish history, tweeting in May 2018: "The alleged [emphasis added; CAMERA Arabic notes: in Arabic it is a regular addition to the word "temple" to imply it never really existed] 'Temple Organizations', so-called, are calling their supporters to participate, in unprecedented numbers, in a storming into the blessed Al-Aqsa mosque to commemorate the so-called 'Anniversary of the Unification of Jerusalem' (the Naksa)"

<Isleih12 temple.JPG>

He likewise refuses to recognize the present-day Jewish state, referring to Israel with scare quotes (see, for example, a November 2018 tweet):

"The General Assembly of the United Nations adopts in large majority eight resolutions against 'Israel' [sic]"

<Isleih7 Israel scare quotes.JPG>

This month, he tweeted a call to violence, writing: "Make your sling out of your olive trees/ defend your land/ Grow angry on behalf of your Aqsa and honor/ throw stones at your enemy, don't be afraid/ your people is steadfast next to your roots/ morning of Jerusalem", December 2018

<Isleih1 throw stones.JPG>

This is a small sampling of Isleih's extremism, incitement and ahistorical rhetoric. I don't know who told you he is a reliable journalist, or whether that was the same source who provided you with photos. Nor is it clear exactly what those photos show.

In any event, I hope you agree that Isleih cannot be considered a reliable source to substantiate Hamas' claim that Abu Abed died as a result of Israeli fire at the border. We therefore urge AP to publish a clarification, making clear that the circumstances behind the boy's death have not been independently verified.

Thank you in advance for your consideration and follow up. I look forward to hearing from you.

Best,

Tamar

حسن اصليح | Hassan (@0598196013) | Twitter
twitter.com

الراصد ليث العلامي: ترتفع درجات الحرارة خلال اليومين المقبلين، لتكون أعلى من معدلاتها العامة بقليل، وتنخفض مجددا الثلاثاء. وتسقط زخات الأمطار فوق بعض المناطق خاصة الأجزاء الشمالية والساحلية بمشيئة الله.

Tamar Sternthal
Director, Israel Office

<Outlook-zkipun3x.jpg>

Committee for Accuracy
in Middle East Reporting
in America
Tel: 011.972.2.625.3949
Fax: 011.072.2.540.9802
E-mail: tamar@camera.org

Follow and Support CAMERA:
camera.org
facebook.com/CAMERAorg
twitter.com/TamarSternthal

From: [redacted]@ap.org>
Sent: Wednesday, December 12, 2018 1:28:37 PM

Confidential

AP_0000966

**To:** Tamar Sternthal
**Subject:** RE: Clarification request: Ahmed Abu Abed killed by Israel

I don't know. I'll check. I was told that he is independent and reliable and not Hamas.

I'll just remind you that we were the ones to debunk both the alleged tear gas death and the child killed by a "blunt object."

If we weren't confident, we wouldn't publish this.

The army, by the way, says the incident is under review.

---

**From:** Tamar Sternthal <tamar@camera.org>
**Sent:** Wednesday, December 12, 2018 12:54 PM
**To:** ███████@ap.org>
**Subject:** Re: Clarification request: Ahmed Abu Abed killed by Israel

Hi, ███

Which media outlet does Hassan Islaieh work for? I could not find any other references to him. Of course, English-language spellings vary, but journalists who are reliable usually appear in more than one news story.

Thanks,

Tamar

---

**From:** ███████@ap.org>
**Sent:** Wednesday, December 12, 2018 12:33:58 PM
**To:** Tamar Sternthal
**Subject:** Re: Clarification request: Ahmed Abu Abed killed by Israel

I had the same questions last night. The story quotes a journalist who was there and witnessed it. My correspondent says this journalist is reliable. He also gave us photos of the boy, whose father was hit by the same bullet. So we are confident that it is true.

Sent from my iPhone

On Dec 12, 2018, at 12:19 PM, Tamar Sternthal <tamar@camera.org> wrote:

> Dear ███
>
> I hope you are well. Your story today on the blown undercover Gaza mission was a fascinating read.
>
> I am writing concerning yesterday's brief article ("Gaza officials: 4-year-old boy dies from Israeli fire") which states as fact that Israel was responsible for the death of four-year-old Ahmed Abu Abed. While the headline and first sentence are careful to attribute the claim to Gaza's Health Ministry, the second paragraph states as fact: "Ahmed Abu Abed becomes the youngest of some 175 Palestinians killed by Israeli fire in the demonstrations since March."

Was the AP able to independently verify Hamas' claim that the boy was wounded by Israeli fire at the border Friday and died as a result of that injury? If not, given previous Hamas claims about Israeli responsibility for fatalities which turned out to be false (ie Layla al-Ghandour and Shady Abdel-Aal, for example), on what basis does AP accept Hamas' word as fact?

We note that AFP's article today about the boy's death states: "It was not clear why the child had been taken to the border protests and there was no independent confirmation of the circumstances."

Unless AP has independent confirmation backing Hamas' claim, we urge the news agency to clarify that Hamas' claim has not been independently verified, and that the terror organization's claims about Israeli responsibility for the deaths of other children from border violence did not turn out to be true.

Thank you in advance for your consideration and follow up.

Sincerely,

Tamar

Tamar Sternthal
Director, Israel Office

<Outlook-jr4rm1om.jpg>

Committee for Accuracy
in Middle East Reporting
in America
Tel: 011.972.2.625.3949

Fax: 011.072.2.540.9802

E-mail: tamar@camera.org

Follow and Support CAMERA:

camera.org

facebook.com/CAMERAorg

twitter.com/TamarSternthal

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.