# EXHIBIT D

**Thread Participants:** ▇▇▇ @s.whatsapp.net ▇▇ (Owner); ▇▇ @s.whatsapp.net ▇▇ @s.whatsapp.net ▇▇ @s.whatsapp.net ▇▇ @s.whatsapp.net

**ThreadFirst:** 2023-11-09 09:46:01

**ThreadLast:** 2023-11-09 20:15:37

---

▇▇ @s.whatsapp.net ▇▇

**11/09/23 09:46:01 AM**
@▇▇ @▇▇ one thing, is that until this Oct. 7 issue has been resolved we should not be using any images by Hassan Eslaiah, Yousef Masoud, Ali Mahmud, and Hatem Ali.
**ISRAEL TIMESTAMP:** 11/09/23 12:46:00 PM

▇▇ @s.whatsapp.net ▇▇ (Owner)

**11/09/23 10:21:24 AM**
look i cant explain this to ▇▇ other guys we dont use
**ISRAEL TIMESTAMP:** 11/09/23 01:21:00 PM

▇▇ @s.whatsapp.net ▇▇ (Owner)

**11/09/23 10:24:45 AM**
this guy is saving our ass from day one
**ISRAEL TIMESTAMP:** 11/09/23 01:24:00 PM

▇▇ @s.whatsapp.net ▇▇

**11/09/23 10:25:04 AM**
we cannot use him until this blows over. we just can't. however much we may think this report is bullshit, this has gone ballistic. we need to follow some procedures and this is one of the main ones.
**ISRAEL TIMESTAMP:** 11/09/23 01:25:00 PM

▇▇ @s.whatsapp.net ▇▇

**11/09/23 10:30:29 AM**
Guys I'm sorry but I don't feel well
**ISRAEL TIMESTAMP:** 11/09/23 01:30:00 PM

AP_0003600

███████ @s.whatsapp.net ██████ (Owner)

**11/09/23 10:30:45 AM**
i think i just cant deal with this, i am not
made of that material. thsi is way too
much for me to take
**ISRAEL TIMESTAMP:** 11/09/23 01:30:00
PM

███████ @s.whatsapp.net ██████

**11/09/23 11:10:25 AM**

**ISRAEL TIMESTAMP:** 11/09/23 02:10:00
PM

**11/09/23 11:10:25 AM**
ATTACHMENT: 8742f140-ccc5-4c98-
a50b-dd7e1025ecfd.jpg
**ISRAEL TIMESTAMP:** 11/09/23 02:10:00
PM

███████ @s.whatsapp.net ██████

**11/09/23 11:10:39 AM**

**ISRAEL TIMESTAMP:** 11/09/23 02:10:00
PM

**11/09/23 11:10:39 AM**
ATTACHMENT: f601e5df-8015-485a-
8713-0d0e5440fb93.jpg
**ISRAEL TIMESTAMP:** 11/09/23 02:10:00
PM

███████ @s.whatsapp.net ██████

**11/09/23 11:10:47 AM**
@███████████ ⬆
**ISRAEL TIMESTAMP:** 11/09/23 02:10:00
PM

███████ @s.whatsapp.net ███████

**11/09/23 11:11:13 AM**
thanks
**ISRAEL TIMESTAMP:** 11/09/23 02:11:00
PM

AP_0003601

███████████ @s.whatsapp.net ████

**11/09/23 11:12:25 AM**
This is the conversation i had with ████
on the morning of Oct 7
**ISRAEL TIMESTAMP:** 11/09/23 02:12:00
PM

███████████ @s.whatsapp.net ████

**11/09/23 11:13:04 AM**
More than two hours after the attack took
place, ████ was on the office roof taking
photos of rocket
**ISRAEL TIMESTAMP:** 11/09/23 02:13:00
PM

███████████ @s.whatsapp.net ████

**11/09/23 12:31:05 PM**
https://blog.ap.org/ap-statement-on-gaza-
freelancers
**ISRAEL TIMESTAMP:** 11/09/23 03:31:00
PM

███████████ @s.whatsapp.net ██████████

**11/09/23 01:22:08 PM**

**ISRAEL TIMESTAMP:** 11/09/23 04:22:00
PM

**11/09/23 01:22:08 PM**
ATTACHMENT: cb8a9568-6c47-4f84-
bb72-5e6c02ad4327.jpg
**ISRAEL TIMESTAMP:** 11/09/23 04:22:00
PM

███████████ @s.whatsapp.net ████ (Owner)

**11/09/23 01:52:35 PM**

**ISRAEL TIMESTAMP:** 11/09/23 04:52:00
PM

**11/09/23 01:52:35 PM**
ATTACHMENT: 5aabdc5b-20cf-400b-
9625-8c17ff7863d2.jpg
**ISRAEL TIMESTAMP:** 11/09/23 04:52:00
PM

AP_0003602

@s.whatsapp.net (Owner)

**11/09/23 01:53:33 PM**

**ISRAEL TIMESTAMP:** 11/09/23 04:53:00 PM

**11/09/23 01:53:33 PM**
ATTACHMENT: d57b872e-2a63-4726-af63-a14cac2fad36.jpg
**ISRAEL TIMESTAMP:** 11/09/23 04:53:00 PM

@s.whatsapp.net

**11/09/23 02:10:46 PM**
Hello
**ISRAEL TIMESTAMP:** 11/09/23 05:10:00 PM

@s.whatsapp.net

**11/09/23 02:10:56 PM**
need to find out about Yousef Masoud?
Was he working for us on Oct 7?
**ISRAEL TIMESTAMP:** 11/09/23 05:10:00 PM

@s.whatsapp.net (Owner)

**11/09/23 02:21:22 PM**
my head will explode, so lets take this a bit slower
**ISRAEL TIMESTAMP:** 11/09/23 05:21:00 PM

@s.whatsapp.net (Owner)

**11/09/23 02:21:27 PM**
yes he did
**ISRAEL TIMESTAMP:** 11/09/23 05:21:00 PM

@s.whatsapp.net (Owner)

**11/09/23 02:21:48 PM**
NOBODT was working for us, we picked up after
**ISRAEL TIMESTAMP:** 11/09/23 05:21:00 PM

AP_0003603

██████ @s.whatsapp.net ██████

**11/09/23 02:22:03 PM**
We bought photos from him but he was never assigned
**ISRAEL TIMESTAMP:** 11/09/23 05:22:00 PM

██████ @s.whatsapp.net ██████ (Owner)

**11/09/23 02:23:00 PM**
what do i say to ██████ who is not terrified that israel will kil him and his family pls?
**ISRAEL TIMESTAMP:** 11/09/23 05:23:00 PM

██████ @s.whatsapp.net ██████ (Owner)

**11/09/23 02:23:18 PM**
that we dont want to work with him any more?
**ISRAEL TIMESTAMP:** 11/09/23 05:23:00 PM

██████ @s.whatsapp.net ██████

**11/09/23 02:26:22 PM**
@██████ as we don't assign him, for the next few days and until this blows over we need to not use the photos that he offers.
**ISRAEL TIMESTAMP:** 11/09/23 05:26:00 PM

██████ @s.whatsapp.net ██████

**11/09/23 02:27:12 PM**
if we can get the details we need and properly push back on these claims then we can get this sorted and back to a better place
**ISRAEL TIMESTAMP:** 11/09/23 05:27:00 PM

██████ @s.whatsapp.net ██████

**11/09/23 02:28:46 PM**
how many photos did we use from Yousef Masoud on the 7th and how many were we sent in total. would you know that?
**ISRAEL TIMESTAMP:** 11/09/23 05:28:00 PM

AP_0003604

@s.whatsapp.net

**11/09/23 02:34:26 PM**
I know this is awful and you feel like you are in the middle of a shark tank. We have been there before. It feels like you are drowning. But it will get better. The world of social media is a cesspool of people who know nothing and write like they do. And everyone is quick to assign motive. Just breathe. And keep working through it step by step. I have learned painfully that trying to swat down every buzzing fly just makes it worth and continues to feed the uproar. We need to be steady and factual in our response. is actually very good at this.
**ISRAEL TIMESTAMP:** 11/09/23 05:34:00 PM

@s.whatsapp.net

**11/09/23 02:38:57 PM**
And everyone is missing the point… that without the photographers doing their job and racing to the border there would be no visual record of the incursion. It is important in the span of history that they were there. That story will be told once the dust settles.
**ISRAEL TIMESTAMP:** 11/09/23 05:38:00 PM

@s.whatsapp.net

**11/09/23 02:39:48 PM**
The hate and anger directed at and the AP when the famous falling man was published has now been replaced with praise.
**ISRAEL TIMESTAMP:** 11/09/23 05:39:00 PM

@s.whatsapp.net

**11/09/23 02:40:28 PM**
Agree and this is should've been in the AP statement, the one the put out is not very good
**ISRAEL TIMESTAMP:** 11/09/23 05:40:00 PM

AP_0003605

███████ @s.whatsapp.net ███████ Owner)

**11/09/23 02:41:51 PM**
Publicly parting ways with one of the
stringers is a bad call. Also is to remove
bylines weeks after
**ISRAEL TIMESTAMP:** 11/09/23 05:41:00
PM

███████ @s.whatsapp.net ███████

**11/09/23 02:42:16 PM**
He asked for his byline to be removed.
**ISRAEL TIMESTAMP:** 11/09/23 05:42:00
PM

███████ @s.whatsapp.net ███████ Owner)

**11/09/23 02:43:02 PM**
███████ didn't but regardless they are
both named
**ISRAEL TIMESTAMP:** 11/09/23 05:43:00
PM

███████ @s.whatsapp.net ███████

**11/09/23 02:44:07 PM**
His social media is a mess, we really
didn't have a choice. It's a good lesson for
all of us. Be careful what you post or
repost. It will come back and bite you.
**ISRAEL TIMESTAMP:** 11/09/23 05:44:00
PM

# Redacted - Not Responsive

Confidential

# Redacted - Not Responsive

AP_0003607

# Redacted - Not Responsive

@s.whatsapp.net

**11/09/23 04:04:18 PM**
from French media. I have said this is not the case and ████ has checked with ████ who said the same
**ISRAEL TIMESTAMP:** 11/09/23 07:04:00 PM

@s.whatsapp.net

**11/09/23 04:04:27 PM**
'Hassan Eslaiah has stated that he contacted AP staff on October 7th when he heard something was happening at the fronteer, and that AP staff told him to go there to take some picture.'
**ISRAEL TIMESTAMP:** 11/09/23 07:04:00 PM

AP_0003608

██████ @s.whatsapp.net ██████

**11/09/23 04:04:50 PM**
again, I have said this was not true, but
want to double-check @ ████████████
@ ████████████
**ISRAEL TIMESTAMP:** 11/09/23 07:04:00
PM

██████████ @s.whatsapp.net ████

**11/09/23 04:05:15 PM**
No one told him such thing
**ISRAEL TIMESTAMP:** 11/09/23 07:05:00
PM

██████████ @s.whatsapp.net ████

**11/09/23 04:05:34 PM**
which is what I thought. thanks
**ISRAEL TIMESTAMP:** 11/09/23 07:05:00
PM

██████████ @s.whatsapp.net ████

**11/09/23 04:06:37 PM**
The first person i was talking with on Oct 7
was ██████
**ISRAEL TIMESTAMP:** 11/09/23 07:06:00
PM

██████████ @s.whatsapp.net ████

**11/09/23 04:07:43 PM**
Later in the day i was offered for photos
by Yousef Masoud , photos of tge burning
tank
**ISRAEL TIMESTAMP:** 11/09/23 07:07:00
PM

██████████ @s.whatsapp.net ████

**11/09/23 04:08:53 PM**
None of them not on Oct 7 and since then
till today was assign to anything
**ISRAEL TIMESTAMP:** 11/09/23 07:08:00
PM

██████████ @s.whatsapp.net ██████ (Owner)

**11/09/23 04:11:14 PM**
I don't know he talks to ██████ not photos
**ISRAEL TIMESTAMP:** 11/09/23 07:11:00
PM

AP_0003609

@s.whatsapp.net (Owner)

**11/09/23 04:12:02 PM**
Only ▇▇▇ can answer this. We got his photo's through ▇▇▇
**ISRAEL TIMESTAMP:** 11/09/23 07:12:00 PM

@s.whatsapp.net (Owner)

**11/09/23 04:12:27 PM**
The rest came ntacted ▇▇▇
**ISRAEL TIMESTAMP:** 11/09/23 07:12:00 PM

@s.whatsapp.net (Owner)

**11/09/23 04:13:07 PM**
As I've explained in my email
**ISRAEL TIMESTAMP:** 11/09/23 07:13:00 PM

# Redacted - Not Responsive

Confidential



# Redacted - Not Responsive

Confidential

**Redacted - Not Responsive**

Confidential

# Redacted - Not Responsive

Confidential

# Redacted - Not Responsive

AP_0003614