UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
and, NATALIE SANANDAJI,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4), Defendant The Associated Press respectfully files this Notice of Ninety Days Expiring and states:

1. Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 109) was served and filed on January 28, 2025.

2. Plaintiffs' Opposition to Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 121) was served and filed on February 21, 2025.

3. Defendant's Reply in Further Support of Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 128) was served and filed on March 7, 2025.

4. More than ninety days have passed since the Motion was fully briefed without hearing or disposition. Ninety days from the Reply expired on June 5, 2025.

Date: June 19, 2025

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Charles D. Tobin*
    Charles D. Tobin (Fla. Bar No. 816345)
    1909 K Street, NW, 12th Floor
    Washington, DC 20006

Telephone: (202) 661-2200  
Fax: (202) 661-2299  
tobinc@ballardspahr.com

R. Stephen Stigall (*pro hac vice*)  
Elizabeth Seidlin-Bernstein (*pro hac vice*)  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103  
Telephone: (215) 665-8500  
Fax: (215) 864-8999  
stigalls@ballardspahr.com  
seidline@ballardspahr.com

*Attorneys for Defendant The Associated Press*