IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| NOACH NEWMAN, ADIN GESS, and NATALIE SANANDAJI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE ASSOCIATED PRESS,<br><br>　　　　Defendant. | Case No.: 1:24-cv-20684-KMM |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Plaintiffs respond to Defendant's ("AP") Notice of Supplemental Authority (D.E. 149).

AP's Notice does not support dismissal of Plaintiffs' claims in this case. *Lavi v. UNRWA USA Nat'l Comm., Inc.*, 2025 WL 2300038 (D. Del. Aug. 8, 2025) and *Parizer v. AJP Educ. Found., Inc.*, 2025 WL 2382933 (E.D. Va. Aug. 15, 2025) are out-of-circuit district court decisions arising from different allegations. Here, Plaintiffs alleged that AP knew the Hamas Photographers were members of Hamas and that they were unlawfully in Israel on October 7 perpetrating terrorist activities and that AP paid and had been paying the Hamas Photographers for years for their participation in these terrorist activities. *See* Plaintiff's Opposition to Defendant's Motion to Dismiss Second Amended Complaint (D.E. 121) at 4-20; Ex. D to Second Am. Comp. (D.E. 139-3).

One of the stated reasons for AP's Notice is that Plaintiffs in this action are plaintiffs in *Lavi* and *Parizer*. AP's Notice at 1. That is wholly irrelevant to the merits of this action.

1

Further, in *Lavi* and Parizer, the Court granted the defendant's motions to dismiss without prejudice and allowed the plaintiffs to file amended complaints. *Lavi*, 2025 WL 2300038 at *10; *Parizer*, 2025 WL 2382933, at *23.

Dated: September 5, 2025                                  Respectfully submitted,

**MARK FERRER & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: (305) 374-0440

By: *s/ Maia Aron*
Etan Mark, Esq.
Florida Bar No. 720852
etan@mfh.law
Maia Aron, Esq.
Florida Bar No. 17188
maia@mfh.law
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
annie@mfh.law
eservice@mfh.law

- and -

**LAW OFFICE OF DAVID I. SCHOEN**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (334) 395-6611
E-Fax: (917) 591-7586

*/s/ David I. Schoen*
David I. Schoen, Esq.
schoenlawfirm@gmail.com
*Pro Hac Vice*

- and –

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice*

- and -

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

- and -

**Groisman Law, PLLC**
21500 Biscayne Blvd., Ste 600
Aventura, FL 33180
Telephone: (305) 323-5900

s/ *Gabriel Groisman*
Gabriel Groisman (Fla. Bar No. 25644)
gg@groisman.llc

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on September 5, 2025 which served same electronically upon all counsel of record.

*s/ Maia Aron*
Maia Aron, Esq.