IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NOACH NEWMAN, ADIN GESS, and
NATALIE SANANDAJI,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

Case No.: 1:24-cv-20684-KMM

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit this Notice of Supplemental Authority in support of their Opposition to Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 121). As demonstrated in this Opposition, Plaintiffs have properly pled an aiding and abetting claim. *Id*. at 4-14.

In *Jan v. People Media Project*, No. 3:24-CV-05553-TMC, 2025 WL 1311970 (W.D. Wash. May 6, 2025), victims of October 7 asserted aiding and abetting terrorism claims under the Alien Tort Statute against a U.S.-based media organization. *See id.* at *1-*6. The Court denied the defendants' motions to dismiss finding that the allegations that the media organization employed and paid a known Hamas operative for work as a journalist before and after the October 7 attack were sufficient to allow the Court to draw the reasonable inference that the media organization knew or was aware of the substantial likelihood that compensating the Hamas operative would assist in the taking of civilian hostages. *Id*. at *1, *6.

In *Raanan v. Binance Holdings Ltd*., No. 24-CV-697 (JGK), 2025 WL 605594 (S.D.N.Y. Feb. 25, 2025), the Court denied the defendant's motion to dismiss aiding and abetting claims under the Antiterrorism Act. *Id*. at *1, *18-*24.

1

Dated: September 8, 2025

Respectfully submitted,

**MARK FERRER & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: (305) 374-0440

By: *s/ Maia Aron*
Etan Mark, Esq.
Florida Bar No. 720852
etan@mfh.law
Maia Aron, Esq.
Florida Bar No. 17188
maia@mfh.law
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
annie@mfh.law
eservice@mfh.law

- and -

**LAW OFFICE OF DAVID I. SCHOEN**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (334) 395-6611
E-Fax: (917) 591-7586

*/s/ David I. Schoen*
David I. Schoen, Esq.
schoenlawfirm@gmail.com
*Pro Hac Vice*

- and –

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice*

- and -

        **Goldfeder and Terry, LLC**
        666 Harless Place
        West Hempstead, NY 11552
        Telephone: (917) 495-5790

        */s/ Bencion Schlager*
        Bencion Schlager, Esq.
        ben@goldfederterry.com
        *Pro Hac Vice*

        *- and -*

        **Groisman Law, PLLC**
        21500 Biscayne Blvd., Ste 600
        Aventura, FL 33180
        Telephone: (305) 323-5900

        s/ *Gabriel Groisman*
        Gabriel Groisman (Fla. Bar No. 25644)
        gg@groisman.llc

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on September 8, 2025 which served same electronically upon all counsel of record.

        *s/ Maia Aron*
        Maia Aron, Esq.