IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-20684-KMM

NOACH NEWMAN, ADIN GESS,
and NATALIE SANANDAJI,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.

_____/

**DEFENDANT'S RESPONSE TO PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

    The AP respectfully submits this Response to Plaintiffs' Notice of Supplemental Authority (ECF No. 152).  Both cases Plaintiffs cite are plainly distinguishable from this one.

    In *Jan v. People Media Project*, 2025 WL 1311970 (W.D. Wash. May 6, 2025), Israeli citizens sought to hold a publisher liable for employing a writer who allegedly served as an official spokesperson for Hamas prior to the October 7 attack and then held the plaintiffs hostage in his own home for months after the attack.  *Id.* at *2.  Here, there is no factual allegation that the Freelance Photographers perpetrated acts of terrorism against anyone; they merely documented the October 7 attack as journalists.  Notably, the plaintiffs in *Jan* abandoned their claims arising from the defendants' alleged publication of "propaganda" after the court held that they were "shielded by the First Amendment's protection of speech on matters of public concern." *Id.* at *1.

    In *Raanan v. Binance Holdings*, 2025 WL 605594 (S.D.N.Y. Feb. 25, 2025), the plaintiffs alleged that a cryptocurrency platform had "intentionally engaged in a scheme to evade

anti-terror financing regulations in order to retain illicit actors" as customers.  *Id.* at *21.  The AP did nothing of the sort in publishing newsworthy photographs.

Date: September 11, 2025                                      Respectfully submitted,

                                                         BALLARD SPAHR LLP

                                               By:    *Charles D. Tobin*
                                                   Charles D. Tobin (Fla. Bar No. 816345)
                                                   1909 K Street, NW, 12th Floor
                                                   Washington, DC 20006
                                                   Telephone: (202) 661-2200
                                                   Fax: (202) 661-2299
                                                   tobinc@ballardspahr.com

                                                   R. Stephen Stigall (*pro hac vice*)
                                                   Elizabeth Seidlin-Bernstein (*pro hac vice*)
                                                   1735 Market Street, 51st Floor
                                                   Philadelphia, PA 19103
                                                 Telephone: (215) 665-8500
                                                 Fax: (215) 864-8999
                                                 stigalls@ballardspahr.com
                                                 seidline@ballardspahr.com

                                         *Attorneys for Defendant The Associated Press*