IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20684-KKM

NOACH NEWMAN, ADIN GESS,
and NATALIE SANANDAJI,

    Plaintiffs,

v.

THE ASSOCIATED PRESS,

    Defendant.
_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Noach Newman, Adin Gess, and Natalie Sanandaji hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered on September 29, 2025, granting Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 154).

| | |
|---|---|
| Dated: October 23, 2025 | Respectfully submitted, |

**MARK FERRER & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Tel: (305) 374-0440

By: *s/ Etan Mark*
Etan Mark, Esq.
Florida Bar No. 720852
etan@mfh.law
Maia Aron, Esq.
Florida Bar No. 17188
maia@mfh.law
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
annie@mfh.law
eservice@mfh.law

- and -

**SCHOEN LAW FIRM, LLC**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (917) 941-7952
E-Fax: (917) 591-7586

*/s/ David I. Schoen*
David I. Schoen, Esq.
schoenlawfirm@gmail.com
*Pro Hac Vice*

- and –

**National Jewish Advocacy Center, Inc.**
1718 General George Patton Drive
Brentwood, TN 37027
Telephone: (800) 269-9895

*/s/ Mark Goldfeder*
Mark Goldfeder, Esq.
mark@jewishadvocacycenter.org
*Pro Hac Vice*

- and -

**Goldfeder and Terry, LLC**
666 Harless Place
West Hempstead, NY 11552
Telephone: (917) 495-5790

*/s/ Bencion Schlager*
Bencion Schlager, Esq.
ben@goldfederterry.com
*Pro Hac Vice*

*- and -*

**Groisman Law, PLLC**
21500 Biscayne Blvd., Ste 600
Aventura, FL 33180
Telephone: (305) 323-5900

s/ *Gabriel Groisman*
Gabriel Groisman (Fla. Bar No. 25644)
gg@groisman.llc

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on October 23, 2025 which served same electronically upon all counsel of record.

*s/ Etan Mark*
Etan Mark, Esq.